# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **FRIEDA AARON** | ) | |
| **8515 BREEZEWOOD COURT, #103** | ) | **CASE NO.** |
| **CINCINNATI, OH 45203** | ) | |
| | ) | |
| | ) | **JUDGE** |
| **AND** | ) | |
| | ) | |
| **PATRICIA ADAMS** | ) | |
| **476 HARTS CREEK** | ) | **COMPLAINT WITH JURY** |
| **HARTS, WV 25524** | ) | **DEMAND ENDORSED HEREON** |
| | ) | |
| **AND** | ) | |
| | ) | |
| **MICHELLE AGEE** | ) | |
| **911 SECOND AVENUE** | ) | |
| **MIDDLETOWN, OH 45044** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **LAURA AKER** | ) | |
| **5730 BRANDTMANOR DR.** | ) | |
| **CINCINNATI, OH 45248** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **JAMES ALBERS** | ) | |
| **2718 PINEVIEW DRIVE** | ) | |
| **VILLA HILLS, KY 41017** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **JIMMY ALLEN** | ) | |
| **3165 BLUE CREEK ROAD** | ) | |
| **BROOKVILLE, INDIANA 47012** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **KATRINA ALLEN** | ) | |
| **5608 ZOAR ROAD, LOT 277** | ) | |
| **MORROW, OH 45215** | ) | |
| | ) | |

AND                                      )
                                         )
SHERRI ALLEN                             )
7420 WYNNE PLACE, APT. 6                 )
CINCINNATI, OH 45233                     )
                                         )
AND                                      )
                                         )
REBECCA APPLEGATE                        )
11 MONTGOMERY WAY                        )
AMELIA, OH 45102                         )
                                         )
AND                                      )
                                         )
BRAD ARNOLD                              )
18 HARNESS LANE                          )
FLORENCE, KY 41042                       )
                                         )
AND                                      )
                                         )
GEORGE ARNOLD                            )
10647 CHESHIRE RIDGE DRIVE               )
FLORENCE, KY 41042                       )
                                         )
AND                                      )
                                         )
DIANA ASHCRAFT                           )
38-B SPRING STREET                       )
ELSMERE, KY 41018                        )
                                         )
AND                                      )
                                         )
BRIAN ATKINS                             )
9500 COLLETT ROAD, LOT 24                )
WAYNESVILLE, OH 45068                    )
                                         )
AND                                      )
                                         )
JONATHAN ATWELL                          )
5143 MONTEREY MAPLE GROVE RD             )
BATAVIA, OH 45103                        )
                                         )
AND                                      )
                                         )
THOMAS ATKINSON                          )
2544 LITTLE DRY RUN ROAD                 )

**CINCINNATI, OHIO 45244**   )
            )
**AND**          )
            )
**CHRISTOPHER ATWOOD**  )
**3399 KY. ROUTE 910**    )
**LIBERTY, KY 42539**     )
            )
**AND**          )
            )
**THOMAS AUGST**     )
**314 A ST. ANDREWS DRIVE** )
**CINCINNATI, OH 45245**   )
            )
**AND**          )
            )
**JOSH AULT**       )
**7402 STATE ROAD 48**   )
**AURORA, IN 47001**    )
            )
**AND**          )
            )
**AMANDA AYRES**     )
**10 NORTH MAIN ST.**    )
**WALTON, KY 41094**    )
            )
**AND**          )
            )
**GAYLE BACHMANN**    )
**2239 MOSSY GROVE**    )
**HAMILTON, OH 45013**   )
            )
**AND**          )
            )
**CAIDAN BAILEY**     )
**2491 CAMELLIA COURT**  )
**COVINGTON, KY 41017**   )
            )
**AND**          )
            )
**NICOLE BAKER**     )
**7570 NEWKIRK DR.**    )
**FAIRFIELD, OH  45014**   )
            )
**AND**          )
            )

PAUL BAKER                          )
14 PICCADILLY DRIVE                 )
HAMILTON, OH 45013                  )
                                    )
AND                                 )
                                    )
JENNIFER BALLINGER                  )
1718 MILL VALLEY                    )
TAYLOR MILL, KY 41017               )
                                    )
AND                                 )
                                    )
THOMAS BARTH                        )
1850 LEWAY DRIVE                    )
FAIRFIELD, OH 45014                 )
                                    )
AND                                 )
                                    )
CINDY BARTLETT                      )
4652 CATALPA COURT                  )
FORT WRIGHT, KY 41017               )
                                    )
 AND                                )
                                    )
LAURA BATSCHE                       )
6655 SHADY OAK LANE                 )
MASON, OH 45040                     )
                                    )
AND                                 )
                                    )
NICHOLAS BATTISTA                   )
6263 JESSICA COURT                  )
MIDDLETOWN, OH 45044                )
                                    )
AND                                 )
                                    )
JODY BAUER                          )
4241 ROSELAWN AVENUE                )
BATAVIA, OH 45103                   )
                                    )
AND                                 )
                                    )
JOSEPH BAUMGARDNER                  )
10252 LIMERICK CIRCLE               )
COVINGTON, KY 41015                 )
                                    )

AND )
                                               )
STEVEN BAYLISS, EXECUTOR OF THE )
ESTATE OF LOUISE BAYLISS, )
DECEASED )
36 SHERATON COURT )
HAMILTON, OH 45013 )
                                               )
AND )
                                               )
MICHELLE BEAVAN )
875 AUTUMN COURT )
TRENTON, OH 45067 )
                                               )
AND )
                                               )
PHYLLIS BECHTOLD )
1937 MT. VERNON DRIVE )
FT. WRIGHT, KY 41011 )
                                               )
AND )
                                               )
JUDY BECK )
215 BLUE QUAIL PLACE )
TRENTON, OH 45067 )
                                               )
AND )
                                               )
TROY BECKELHEIMER )
1975 JUNCTION PIKE )
BERRY, KY 41003 )
                                               )
AND )
                                               )
NANCY BEGLEY )
5628 YEATMAN ROAD )
CINCINNATI, OH 45252 )
                                               )
AND )
                                               )
CATHY BEIL )
6780 EAST BEND ROAD )
BURLINGTON, KY 41005 )
                                               )
AND )
                                               )

**TERRY BEIL**                              )
**P.O. BOX 132**                            )
**PERRY PARK, KY 40363**                    )
                                            )
**AND**                                     )
                                            )
**MACKENZIE BENDER**                        )
**316 FARMBROOK CIRCLE**                    )
**FRANKFORT, KY 40601**                     )
                                            )
**AND**                                     )
                                            )
**DENISE BENGE**                            )
**932 CROSSINGS DRIVE**                     )
**CRESCENT SPRINGS, KY 41017**              )
                                            )
**AND**                                     )
                                            )
**NICK BENGE**                              )
**932 CROSSINGS DRIVE**                     )
**CRESCENT SPRINGS, KY 41017**              )
                                            )
**AND**                                     )
                                            )
**ANTOINETTE BENJAMIN**                     )
**7 EAST LAKEVIEW DRIVE, #17**              )
**CINCINNATI, OH 45237**                    )
                                            )
**AND**                                     )
                                            )
**SHAWNDA BENTON**                          )
**1908 SAVANNAH WAY, APT. #9**              )
**CINCINNATI, OH 45224**                    )
                                            )
**AND**                                     )
                                            )
**WILLIAM BENTON**                          )
**8124 TIMBERTREE WAY**                     )
**WEST CHESTER, OH 45069**                  )
                                            )
**AND**                                     )
                                            )
**DENISE BESS**                             )
**1873 TIMBERIDGE DRIVE**                   )
**LOVELAND, OH 45140**                      )
                                            )

**AND**                                     )
                                            )
**LEONA BEYER**                             )
**325 KENYON DRIVE**                        )
**HAMILTON, OH 45015**                      )
                                            )
**AND**                                     )
                                            )
**TREY BILLING**                            )
**10206 OAK CREEK DR.**                     )
**SIDNEY, OH 45365**                        )
                                            )
**AND**                                     )
                                            )
**EDYTHE BISHOP**                           )
**413 BARKLEY**                             )
**FALMOUTH, KY 41040**                      )
                                            )
**AND**                                     )
                                            )
**ANTHONY BODE**                            )
**5155 DEERIDGE LANE**                      )
**CINCINNATI, OHIO 45247**                  )
                                            )
**AND**                                     )
                                            )
**BARBARA BOGGS, DECEASED,**                )
**BY AND THROUGH HER SON**                  )
**AND NEXT FRIEND,**                        )
**PAUL BOGGS**                              )
**3815 SNOOK ROAD**                         )
**MORROW, OH 45152**                        )
                                            )
**AND**                                     )
                                            )
**KAITLYN BOGGS**                           )
**159 DORTMUND DRIVE**                      )
**FAYETTEVILLE, OH 45118**                  )
                                            )
**AND**                                     )
                                            )
**JOEL BLAIR**                              )
**1101 JEFFERSON AVE. #2**                  )
**READING, OH 45215**                       )
                                            )
**AND**                                     )

**HAWKS, STEPHANIE, AS**                                    )
**EXECUTRIX OF THE ESTATE**                                 )
**OF NANCY BOLAND**                                         )
**7133 DIMMICK ROAD**                                       )
**WEST CHESTER, OH 45069**                                  )
                                                            )
**AND**                                                     )
                                                            )
**JENNIFER BOOKMAN**                                        )
**111 W 3RD AVENUE**                                        )
**COLUMBUS, OH 43201**                                      )
                                                            )
**AND**                                                     )
                                                            )
**PATRICIA BOONE**                                          )
**1018 BRIGHTON STREET**                                    )
**NEWPORT, KY 41071**                                       )
                                                            )
**AND**                                                     )
                                                            )
**DEENA BORCHERS**                                          )
**5057 SANDMANN DRIVE APT. 117**                            )
**TAYLOR MILL, KY 41015**                                   )
                                                            )
**AND**                                                     )
                                                            )
**DORIS BOTNER**                                            )
**6060 EDDINGTON DRIVE**                                    )
**LIBERTY TOWNSHIP, OH 45044**                              )
                                                            )
**AND**                                                     )
                                                            )
**GERALD BOTNER**                                           )
**6060 EDDINGTON DRIVE**                                    )
**LIBERTY TOWNSHIP, OH 45044**                              )
                                                            )
**AND**                                                     )
                                                            )
**ARLETTA BOWLING**                                         )
**843 VIRGINA BRADFORD**                                    )
**ELSMERE, KY 41018**                                       )
                                                            )
**AND**                                                     )
                                                            )
**NANCY BOWMAN**                                            )

**1188 LICKERT ROAD**        )
**ALEXANDRIA, KY 41001**    )
           )
**AND**        )
           )
**PENNY BRACKETT**    )
**8735 LOCUST GROVE RD.**  )
**BURLINGTON, KY 41005**   )
           )
**AND**        )
           )
**LATOYA BRADSHAW**   )
**2701 OAKLEAF AVE. APT 3** )
**CINCINNATI, OH 45212**    )
           )
**AND**        )
           )
**REBEKAH BRADY**     )
**212 LOCUST LANE**     )
**FLORENCE, KY 41042**    )
           )
**AND**        )
           )
**CHRISTINA BRASHEAR**  )
**6231 PAULLIN DRIVE**    )
**MIDDLETOWN, OH 45042**  )
           )
**AND**        )
           )
**MELISSA BRAUCHER**   )
**4100 WOODMONT DRIVE**  )
**BATAVIA, OH 45103**     )
           )
**AND**        )
           )
**DOMINQUE BRAY**     )
**805 BUNNING LANE**    )
**COLD SPRING, KY 41076**  )
           )
**AND**        )
           )
**LINDSEY BRAY**      )
**14189 PLUM CREEK ROAD** )
**BUTLER, KENTUCKY 41006** )
           )
**AND**        )

**BRITTANY BREWER**                    )
**3046 LELIA LANE**                    )
**FAIRFIELD, OH 45014**                )
                                       )
**AND**                                )
                                       )
**RANDY BREWER**                       )
**5931 MARSH CIRCLE**                  )
**LOVELAND, OH 45140**                 )
                                       )
**AND**                                )
                                       )
**SHARON BRICE**                       )
**5504 KENNEDY AVENUE**                )
**CINCINNATI, OH 45213**               )
                                       )
**AND**                                )
                                       )
**MELVIN JAMES, EXECUTOR OF**          )
**THE ESTATE OF CARRIE BRITTEN,**      )
**DECEASED**                           )
**4531 PADDOCK RD.**                   )
**APT. #1**                            )
**CINCINNATI, OH 45229**               )
                                       )
**AND**                                )
                                       )
**MICHAEL BROPHY**                     )
**434 BIRCH**                          )
**ERLANGER, KY 41018**                 )
                                       )
**AND**                                )
                                       )
**BROREIN, RICHARD, AS**               )
**EXECUTOR OF THE ESTATE OF**          )
**EILEEN BROREIN**                     )
**1024 STONEGATE CT.**                 )
**WAPAKONETA, OH 45895**               )
                                       )
**AND**                                )
                                       )
**CALVIN BROWN**                       )
**1889 PEEBLE RIDGE**                  )
**#5**                                 )
**MILFORD, OH 45150**                  )

```
                                                )
AND                                             )
                                                )
DAWN LEE ANN BROWN                              )
2574 LINDEN STREET                              )
CINCINNATI, OH 45225                            )
                                                )
AND                                             )
                                                )
JAMES BROWN                                     )
1610 NEILSON PLACE                              )
CINCINNATI, OHIO 45230                          )
                                                )
AND                                             )
                                                )
TARA BROWN                                      )
4207 ST. THOMAS AVE.                            )
LOUISVILLE, KY 40218                            )
                                                )
AND                                             )
                                                )
LOZIER, RICHARD, AS EXECUTOR                    )
OF THE ESTATE PATRICIA BRUCE                    )
3904 LORI DRIVE, APT. 7                         )
ERLANGER, KY 41018                              )
                                                )
AND                                             )
                                                )
JONATHAN BRUNNER                                )
302 ARDMORE DRIVE                               )
MIDDLETOWN, OH 45042                            )
                                                )
AND                                             )
                                                )
ANGELA BUECHEL                                  )
388 MARIAN LANE #9                              )
FLORENCE, KY 41042                              )
                                                )
AND                                             )
                                                )
KAYLA BURTON                                    )
10892 COLLINS RILEY RD.                         )
BLANCHESTER, OH 45107                           )
                                                )
AND                                             )
                                                )
```

**VICKI BUSCHUR** )
**4927 COLUMBIA CIRCLE** )
**HAMILTON, OH 45011** )
                    )
**AND** )
                    )
**KATHLEEN BUSHELMAN** )
**35 SHERRY ROAD, APT. 1E** )
**WYOMING, OH 45215** )
                    )
**AND** )
                    )
**JACK BUSKIRK, ADMINISTRATOR** )
**OF THE ESTATE OF ANNETTE** )
**BUSKIRK** )
**5032 COLLEGE CORNER PIKE #59** )
**OXFORD, OH 45056** )
                    )
**AND** )
                    )
**BRENDA BUTLER** )
**3515 CARLISLE AVENUE** )
**LATONIA, KENTUCKY 41015** )
                    )
**AND** )
                    )
**MICHELLE BYAR** )
**22 JILLIAN DRIVE** )
**DRY RIDGE, KY 41035** )
                    )
**AND** )
                    )
**TIMOTHY BYRD** )
**482 #A OXFORD DRIVE** )
**LEBANON, OHIO 45036** )
                    )
**AND** )
                    )
**DOUG CALLAHAN** )
**7251 COSNER DRIVE** )
**HUBER HEIGHTS, OH 45424** )
                    )
                    )
**PATRICK CALLIGAN** )
**6446 HUGHES RIDGE LANE** )
**HAMILTON, OH 45052** )

|  | ) |
| --- | --- |
| **AND** | ) |
|  | ) |
| **JANET CAMPBELL** | ) |
| **1109 STATE ROUTE 133** | ) |
| **BETHEL, OH 45106** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **ROBERT CAMPBELL** | ) |
| **7668 OLD WALNUT DRIVE** | ) |
| **WEST CHESTER, OHIO 45069** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **ANDREW CARR** | ) |
| **28529 SHORT LANE** | ) |
| **BROOKEVILLE, IN 47012** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **ASHLEY CASEY** | ) |
| **1060 OAKWOOD CT.** | ) |
| **INDEPENDENCE, KY 41051** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **RENECIA CHERRY** | ) |
| **1440 W. KEMPER RD. #1613** | ) |
| **CINCINNATI, OH 45240** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **BUNNAVUTH CHHUN** | ) |
| **403 LOREN LANE** | ) |
| **HAMILTON, OH 45011** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **TONYA CHISMAN** | ) |
| **3584 TOWNSEND ROAD** | ) |
| **LYNCHBURG, OH 45142** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **CHRIS CLARK** | ) |

**219 BASSETT STREET** )
**CLEVES, OH 45022** )
)
**AND** )
)
**JESSICA COCHRAN** )
**5518 JANDEL DRIVE** )
**AURORA, IN 47001** )
)
**AND** )
)
**JOHN COLLINS** )
**10977 LINCOLN AVE #3** )
**NORTHBEND, OH 45052** )
)
**AND** )
)
**TERRY COLLINS** )
**256 ERLANGER ROAD** )
**ERLANGER, KY 41018** )
)
**AND** )
)
**ELIZABETH COMPO** )
**9069 BRAXTON DRIVE** )
**UNION, KY 41091** )
)
**AND** )
)
**DAVID CONGER** )
**653 KATHRYN DRIVE** )
**WILMINGTON, OH 45177** )
)
**AND** )
)
**KENNETH CONGER** )
**653 KATHRYN DRIVE** )
**WILMINGTON, OH 45177** )
)
**AND** )
)
**BRENDA CONLEY** )
**2468 CHERRY STREET #1** )
**CRESCENT SPRINGS, KY 41017** )
)
**AND** )

**DANA CONLEY**                                         )
**2003 HENRY AVENUE**                                   )
**MIDDLETOWN, OH 45042**                                )
                                                        )
**AND**                                                 )
                                                        )
**LISA CONLEY**                                         )
**38 ASH STREET**                                       )
**LUDLOW, KY 41016**                                    )
                                                        )
**AND**                                                 )
                                                        )
**FRANCENE COOK**                                       )
**3010 MELROSE AVE. #1**                                )
**CINCINNATI, OH 45206**                                )
                                                        )
**AND**                                                 )
                                                        )
**MICHAEL COOK**                                        )
**161 MIDWAY DRIVE**                                    )
**WILMINGTON, OH 45177**                                )
                                                        )
**AND**                                                 )
                                                        )
**GARY L. COOTS**                                       )
**14387 DIXON RD.**                                     )
**MORNINGVIEW, KY 41063**                               )
                                                        )
**AND**                                                 )
                                                        )
**JANET CORNETT**                                       )
**147 BENT TREE DR.**                                   )
**COVINGTON, KY 41017**                                 )
                                                        )
**AND**                                                 )
                                                        )
                                                        )
**JACOB COTTER**                                        )
**6202 OTTER CREEK DR.**                                )
**MIDDLETOWN, OH 45042**                                )
                                                        )
**AND**                                                 )
                                                        )
**BARBARA COUCH**                                       )
**750 GRAND AVE APT 408**                               )

**CINCINNATI. OH 45205**               )
                                       )
**AND**                                )
                                       )
**COUCH, SANDRA, ADMINISTRATRIX** )
**OF THE ESTATE OF JACKIE COUCH**  )
**9099 MARSH WILLOW COURT**            )
**WEST CHESTER, OH 45069**             )
                                       )
**AND**                                )
                                       )
**ERIC COURTNEY**                      )
**232 MILLER AVE.**                    )
**ASHEVILLE, OH 43107**                )
                                       )
**AND**                                )
                                       )
**MICHAEL CRAIL**                      )
**1887 HAPPY VALLEY DR.**              )
**FAIRFIELD OH, 45014**                )
                                       )
**AND**                                )
                                       )
**KAREN CRISSINGER**                   )
**1228 WEST CLARK STREET**             )
**SPRINGFIELD, OH 45177**              )
                                       )
**AND**                                )
                                       )
**JOI CROWE**                          )
**1203 ANTHONY LANE**                  )
**MASON, OH 45040**                    )
                                       )
**AND**                                )
                                       )
**FORREST AND CARRIE CROWE**           )
**INDIVIDUALLY AND ON BEHALF OF**  )
**THEIR MINOR DAUGHTER**               )
**KALI CROWE**                         )
**2780 GUMGROVE ROAD**                 )
**CLARKSVILLE, OHIO 45113**            )
                                       )
**AND**                                )
                                       )
**AMBER CROXSON**                      )
**11664 VISES TRAIL**                  )

COVINGTON, KY 41015                                )
                                                   )
AND                                                )
                                                   )
JOY CULLINS                                        )
5429 SONGBIRD DRIVE                                )
CINCINNATI, OH 45239                               )
                                                   )
AND                                                )
                                                   )
KATHRYN CURLEY                                     )
134 LEWIS DRIVE                                    )
FORT MITCHELL, KY 41017                            )
                                                   )
AND                                                )
                                                   )
JAMES CUZZORT                                      )
222 MULBERRY STREET                                )
RISING SUN, IN  47040                              )
                                                   )
AND                                                )
                                                   )
WILLIAM DABNEY                                     )
1818 HEWITT AVE.                                   )
CINCINNATI, OH 45207                               )
                                                   )
AND                                                )
                                                   )
MCCAUGHEY, CHRISTOPHER, AS                         )
ADMINISTRATOR OF                                   )
THE ESTATE OF MARGARET DAILEY)
599 IVY RIDGE DRIVE                                )
COLD SPRINGS, KY 41076                             )
                                                   )
AND                                                )
                                                   )
TAMMY DALE                                         )
439 MORROW ROAD, LOT 79                            )
SOUTH LEBANON, OH 45065                            )
                                                   )
AND                                                )
                                                   )
SCOTT DANIEL                                       )
249 WARD AVE                                       )
BELLEVUE, KY 41073                                 )
                                                   )

AND )
)
JOSEPH DAVIS )
3635 KOHN DRIVE #4201 )
FAIRFIELD, OH 45015 )
)
AND )
)
NELLIE DAVIS )
97 BROOKWOOD DRIVE )
WALTON, KY 41094 )
)
AND )
)
RALPH DAWSON )
209 APPLE VALLEY DRIVE )
LEWISBERG, OH 45338 )
)
AND )
)
OLLIE DEATON )
310 GLASS DRIVE )
CORINTH, KY 41010 )
)
AND )
)
STEFANIE DEATON )
11274 GRAVEN ROAD )
WALTON, KY 41094 )
)
AND )
)
JODI BEHRENDT, EXECUTOR FOR )
THE ESTATE OF HOLLY DECAIR )
668 NORTHFIELD )
MAUMEE, OH 43537 )
)
AND )
)
DAMON DECK )
6611 ELGIN COURT )
BURLINGTON, KY 41005 )
)
AND )
)
SANDRA DENNIS )

**3010 DELMAR AVENUE**                    )
**CINCINNATI, OH  45213**                 )
                                          )
**AND**                                   )
                                          )
**ROBERT DENSLER**                        )
**15750 BELMONT DRIVE**                   )
**CRITTENDON, KY 41030**                  )
                                          )
**AND**                                   )
                                          )
**KRISTINE DORITY**                       )
**6718 WOOD STREET**                      )
**GOSHEN, OH 45122**                      )
                                          )
**AND**                                   )
                                          )
**CAROLYN DOTSON**                        )
**3797 TRENTON ROAD**                     )
**HAMILTON, OH 45011**                    )
                                          )
**AND**                                   )
                                          )
**DEBORAH DOYLE**                         )
**2739 WEST NORTH BEND ROAD,**            )
**APT. #1**                               )
**CINCINNATI, OH 45239**                  )
                                          )
**AND**                                   )
                                          )
**DOUGLAS DRAFTS**                        )
**100 E. CENTRAL PARKWAY #413**           )
**CINCINNATI, OH 45202**                  )
                                          )
**AND**                                   )
                                          )
**PATRICK DUGAN**                         )
**1239 SPOTTED FAWN RUN**                 )
**MILFORD, OH 45150**                     )
                                          )
**AND**                                   )
                                          )
**BILLY DUGGER**                          )
**137 MINEER ROAD**                       )
**LYNCHBURG, OH 45142**                   )
                                          )

AND                                     )
)

**DEJA DUNLAP**          )
**3415 READING RD. APT. 6**   )
**CINCINNATI, OH 45229**     )
)

**AND**                                     )
)

**DAWN DUNKLIN**        )
**4249 SKYLARK DRIVE**     )
**CINCINNATI, OH 45238**     )
)

**AND**                                     )
)

**JACOB DURHAM**        )
**439 MORROW ROAD #195**  )
**LEBANON, OH 45065**      )
)

**AND**                                     )
)

**DARRELL EARLS**        )
**4115 KY HWY 16**          )
**GLENCOE, KY 41046**      )
)

**AND**                                     )
)

**CHRIS EBBING**          )
**3987 JANWARD DR.**       )
**CINCINNATI, OH 45211**     )
)

**AND**                                     )
)

**MONA EDER**             )
**1492 TUSCAN COURT**     )
**FLORENCE, KY 41042**     )
)

**AND**                                     )
)

**DANA EDWARDS**       )
**11 VERSAILLES, APT. D**    )
**CINCINNATI, OH 45040**     )
)

**AND**                                     )
)

**KEVIN ELFERS**          )
**928 BRIARWOOD COURT**  )

MASON, OH 45040                              )
)
AND                                       )
)
MCCLURE, BARBARA, AS        )
EXECUTRIX OF THE ESTATE OF  )
CONNIE MCCLURE-ELLINGTON  )
260 HAMMOND LANE           )
CORINTH, KY 41010           )
)
AND                                       )
)
MCCLURE, BARBARA, AS        )
EXECUTRIX OF THE ESTATE OF  )
ROBERT ELLINGTON           )
260 HAMMOND LANE           )
CORINTH, KY 41010           )
)
AND                                       )
)
RICHARD ELLIOT              )
120 BARTLETT AVENUE       )
ERLANGER, KY 41018         )
)
AND                                       )
)
KELLY ENGLE                 )
2595 ONTARIO ST.            )
CINCINNATI, OH 45231       )
)
AND                                       )
)
BRENDA ERRGANG           )
PO BOX 40                     )
PERRY PARK, KY 40363       )
)
AND                                       )
)
TRACY ESSELMAN            )
90 FAIRLAND AVE            )
WILMINGTON, OH 45177      )
)
AND                                       )
)
MARJORIE EVERSOLE        )
303 WEST HIGH STREET      )

**WARSAW, KY 41085 APT.#4**                    )
                                                )
**AND**                                         )
                                                )
**ARLENE FAIT**                                 )
**10174 BURLEIGH LANE**                         )
**UNION, KY 41091**                             )
                                                )
**AND**                                         )
                                                )
**BATES, KIMBERLY, AS**                         )
**ADMINISTRATRIX OF THE**                       )
**ESTATE OF TONY FALKNER**                      )
**3 VANCE COURT**                               )
**HAMILTON, OH 45015**                          )
                                                )
**AND**                                         )
                                                )
**LINDA FAVARON, EXECUTOR OF**                  )
**THE ESTATE OF NEIL FAVARON,**                 )
**DECEASED**                                    )
**136 SOUTH MASON-MONTGOMERY**                  )
**ROAD**                                        )
**MASON, OH 45040**                             )
                                                )
**AND**                                         )
                                                )
**JACOB FELTNER**                               )
**1668 HICKORY GROVE ROAD**                     )
**FOSTER, KY 41013**                            )
                                                )
**AND**                                         )
                                                )
**KAREN FELTNER**                               )
**1769 HIGHWATER ROAD**                         )
**BROMLEY, KY 41017**                           )
                                                )
**AND**                                         )
                                                )
**ANGELA FERRELL**                              )
**3037 BLUE HERON DRIVE**                       )
**HAMILTON, OH 45011**                          )
                                                )
**AND**                                         )
                                                )
**DAMIAN FIELDS**                               )

**2134 HATMAKER STREET** )
**#3, CINCINNATI, OH 45204** )
)
**AND** )
)
**CAELA FINNELL** )
**704 BEAR COURT** )
**INDEPENDENCE, KY 41051** )
)
**AND** )
)
**TROY FITE** )
**811 COMMONS DRIVE** )
**MILFORD, OH 45150** )
)
**AND** )
)
**ALYSSA FLATT** )
**3870 HAMMOND BLVD.** )
**HAMILTON, OH 45015** )
)
**AND** )
)
**JOSH FOGEL** )
**1317 CROSSCREEK DRIVE** )
**LOVELAND, OH 45140** )
)
**AND** )
)
**FRANCINE FORD** )
**1214 RYLAND AVENUE** )
**CINCINNATI, OH 45237** )
)
**AND** )
)
**SHAMIYA FORD** )
**1214 RYLAND AVENUE** )
**CINCINNATI, OH 45237** )
)
**AND** )
)
**LENNIE FOSSETT** )
**5617 DOERGER LANE** )
**CINCINNATI, OH 45212** )
)
**AND** )

**ANGELINA FOSTER**
**2239 FOXBORO COURT**
**ERIE, PA 16510**

**AND**

**AMANDA FRANKS**
**651 RUTLAND ROAD**
**CYNTHIANA, KY 41031**

**AND**

**JOANN FRAZIER**
**2516 PEKIN ROAD**
**SPRINGBORO, OH 45066**

**AND**

**JULIE FREEMAN**
**2081 CHASE WAY, APT. 313**
**INDEPENDENCE, KY 41051**

**AND**

**AMY FULLER**
**401 DEER TRACE**
**WALTON, KY 41094**

**AND**

**MARK FUNK**
**5251 SANBOURNE ST.**
**COCOA, FLORIDA 32927**

**AND**

**JUDITH GARDNER**
**9494 ST. RT. 136**
**WEST UNION, OH 45693**

**AND**

**CHRISTINE GERALDS**
**1890 MISTY HILL DR.**
**CINCINNATI, OH 45240**

AND )
)
**ERMA JEAN GILBERT** )
**2523 HARRIS PIKE** )
**INDEPENDENCE, KY 41051** )
)
AND )
)
**CHRISTINE GOLDSTEIN** )
**1422 ASCHINGER BLVD.** )
**COLUMBUS, OH 43212** )
)
AND )
)
**DONNA GOOD** )
**431 SHEPHERD AVENUE APT. 2** )
**CINCINNATI, OH 45215** )
)
AND )
)
**GREG GRABER** )
**3314 MEADOW GREEN COURT** )
**AMELIA, OH 45102** )
)
AND )
)
**MAURICE GRABOW** )
**13208 RYLE ROAD** )
**UNION, KY 41091** )
)
AND )
)
**ERIN GREELISH** )
**1915 EMORY COURT** )
**HEBRON, KY 41048** )
)
AND )
)
**GLORIA GREENE** )
**1106 WALNUT STREET** )
**HAMILTON, OH 45011** )
)
AND )
)
**TODD GREEN** )

**2349 JOSHUA CIRCLE**                     )
**MIDDLETOWN, OH 45044**                   )
                                           )
**AND**                                    )
                                           )
**ROBBIE GREGORY**                         )
**3899 SCHROEDER DRIVE**                   )
**HAMILTON, OH 45011**                     )
                                           )
**AND**                                    )
                                           )
**CARLA GRIESSMAN**                        )
**404 VICTORIA PLACE**                     )
**TRENTON, OH 45067**                      )
                                           )
**AND**                                    )
                                           )
**SUSAN GRIFFIN**                          )
**4915 ANDREW STREET**                     )
**ST. BERNARD, OH 45217**                  )
                                           )
**AND**                                    )
                                           )
**JENNY GRIMM**                            )
**134 GARVEY AVENUE**                      )
**ELSMERE, KY 41018**                      )
                                           )
**AND**                                    )
                                           )
**MELISSA HABERMEHL**                      )
**3184 VERONA-MUDLICK ROAD**               )
**VERONA, KY 41092**                       )
                                           )
**AND**                                    )
                                           )
**KEVIN HAGGARD**                          )
**6190 RIDGEWOOD COURT**                   )
**FLORENCE, KY 41042**                     )
                                           )
**AND**                                    )
                                           )
**LENORA HAGGARD**                         )
**6190 RIDGEWOOD COURT**                   )
**FLORENCE, KY 41042**                     )
                                           )
**AND**                                    )

)
**TAURA HALBERT, INDIVIDUALLY**          )
**AND ON BEHALF OF**                     )
**HER SON, PARIS HALBERT**               )
**5209 WARD STREET**                     )
**CINCINNATI, OH 45227**                 )
)
**AND**                                  )
)
**LYNN HALEY**                           )
**12968 WYNEWOOD TRAIL**                 )
**INDEPENDENCE, KY 41051**               )
)
**AND**                                  )
)
**ALYSSA HALL**                          )
**13005 WYNEWOOD TRAIL**                 )
**INDEPENDENCE, KY 41051**               )
)
**AND**                                  )
)
**DAVID HALL, ADMINISTRATOR**            )
**OF THE ESTATE OF LISA HALL**           )
**13005 WYNEWOOD TRAIL**                 )
**INDEPENDENCE, KY 41051**               )
)
**AND**                                  )
)
**RUHAMA HALL**                          )
**31 COUNTY SEAT**                       )
**BATAVIA, OH 45103**                    )
)
**AND**                                  )
)
**DESIREE PEYTON, ADMINISTRATOR**)
**OF THE ESTATE OF JADE HAMBY**          )
**571 VIRGIL RD.**                       )
**CINCINNATI, OH 45238**                 )
)
**AND**                                  )
)
**DOROTHEA HAMILTON**                    )
**1228 STATE ROUTE 380**                 )
**WILMINGTON, OH 45177**                 )
)
**AND**                                  )

**SAMANTHA HAMILTON**    )
**613 MILLVILLE-OXFORD ROAD** )
**HAMILTON, OH 45013**    )
            )
**AND**           )
            )
**DENISE HAMILTON,**     )
**INDIVIDUALLY, AND ON BEHALF** )
**OF HER MINOR SON, WILLIAM**  )
**HAMILTON**        )
**98 WEST FOSTER**      )
**MAINEVILLE, OH 45039**    )
            )
**AND**           )
            )
**COURTNEY HAMMONS**    )
**312 ROSS AVENUE, APT. 3**   )
**HAMILTON, OH 45013**    )
            )
**AND**           )
            )
**GERALD HAMMONS**     )
**14001 DECORUSEY PARK**   )
**MORNINGVIEW, KY 41063**   )
            )
**AND**           )
            )
**RYAN HANDORF**      )
**5407 KINGS RIDGE WAY**    )
**KINGS MILLS, OH 45034**    )
            )
**AND**           )
            )
**TIMOTHY HANNON**     )
**181 MILLVILLE-OXFORD ROAD** )
**HAMILTON, OH 45013**    )
            )
**AND**           )
            )
**BRIANA HARRIS**      )
**1078 LINN STREET**     )
**CINCINNATI, OH 45203**    )
            )
**AND**           )
            )

**DAVID HARRIS** )
**170 RICHARDSON PLACE, #1** )
**CINCINNATI, OH 45233** )
)
**AND** )
)
**ADAM HARTMAN** )
**4110 RANDALL PARKWAY, APT. 1F** )
**WILMINGTON, NC 28403** )
)
**AND** )
)
**KEVIN HARTNESS** )
**1070 BETHEL NEW RICHMOND RD.** )
**APT. 15** )
**NEW RICHMOND, OH 45157** )
)
**AND** )
)
**JESSICA HASTINGS** )
**6655 SHADY OAK LANE** )
**MASON, OH 45040** )
)
**AND** )
)
**WAYNE HATFIELD** )
**13 CEDAR DRIVE** )
**STERLING, VA 20164** )
)
**AND** )
)
**SARA HAUENSTEIN** )
**600 NW 80TH AVENUE** )
**OCALA, FL 34482** )
)
**AND** )
)
**DOUGLAS HAYES, SR.** )
**2900 ARMCO DR.** )
**MIDDLETOWN, OH 45042** )
)
**AND** )
)
**LARRY STEPHEN HAYES** )
**AS ADMINISTRATOR OF THE** )
**ESTATE OF WILLIAM HAYES** )

**3229 GLENGYLE AVE., #1** )
**CINCINNATI, OH 45208** )
)
**AND** )
)
**CHRISTOPHER HAYNES, AS FATHER** )
**AND NEXT FRIEND OF** )
**EMILY HAYNES, A MINOR** )
**4037 WITHROW ROAD** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**MINUET HEALY** )
**1921 MEARS AVENUE, APT. 2** )
**CINCINNATI, OHIO 45230** )
)
**AND** )
)
**LESLIE POWERS, ADMINISTRATOR** )
**FOR THE ESTATE OF** )
**HEATHER HEFFNER, DECEASED,** )
**3815 HAMILTON-MASON ROAD** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**DENISE HELTON** )
**1206 2ND STREET** )
**READING, OH 45215** )
)
**AND** )
)
**EVELYN HELTON** )
**6855 MORROW-ROSSBURG ROAD** )
**MORROW, OH 45152** )
)
**AND** )
)
**THERESA HELTON** )
**4700 WEST FORK ROAD** )
**CINCINNATI, OH 45247** )
)
**AND** )
)
**DEBRA HENDERSON** )

**765 SANDERS DRIVE** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**KELLY HENNESSY** )
**4226 TURRILL STREET** )
**CINCINNATI, OH 45223** )
)
**AND** )
)
**BARBARA HENSLEY** )
**12063 DECKER** )
**RICHWOOD, KY 41094** )
)
**AND** )
)
**RYAN HENSLEY** )
**6298 E. HIGHWAY 221** )
**BLEDSOE, KY 40810** )
)
**AND** )
)
**KATHY HERSLEY, AS MOTHER AND** )
**NEXT FRIEND OF EMILY HERBERT,** )
**A MINOR,** )
**505 EAST MAIN** )
**GREENSBURG, IN 47240** )
)
**AND** )
)
**KATHY HERSLEY** )
**505 EAST MAIN** )
**GREENSBURG, IN 47240** )
)
**AND** )
)
**JENNIFER HICKEY** )
**9093 WISTERIA COURT** )
**FLORENCE, KY 41042** )
)
**AND** )
)
**ALISSA HIGHTCHEW** )
**417 WEST NINTH STREET** )
**NEWPORT, KY 41071** )

)
**AND**                                              )
                                                     )
**KAREN HIGGINBOTHAN**                               )
**167 BARABOO**                                      )
**LIBERTY TOWNSHIP, OH 45011**                       )
                                                     )
**AND**                                              )
                                                     )
**MICHAEL HILLARD**                                  )
**9337 CINCINNATI PIKE**                             )
**CORINTH, KY 41010**                                )
                                                     )
**AND**                                              )
                                                     )
**DIRK HITCHCOCK**                                   )
**10425 KIMBERLY DRIVE**                             )
**FLORENCE, KY 41042**                               )
                                                     )
**AND**                                              )
                                                     )
**CELESTE HOFFMAN**                                  )
**13 YEALEY DRIVE**                                  )
**FLORENCE, KY 41042**                               )
                                                     )
**AND**                                              )
                                                     )
**LUKE HOLCOMB**                                     )
**160 PANSY PIKE**                                   )
**BLANCHESTER, OH 45107**                            )
                                                     )
**AND**                                              )
                                                     )
**LORETTA HON**                                      )
**320 HWY. 227 N.**                                  )
**NEW LIBERTY, KY 40355**                            )
                                                     )
**AND**                                              )
                                                     )
**CHELSEA HORTMAN**                                  )
**3414 TURTLECREEK ROAD**                            )
**LEBANON, OH 45036**                                )
                                                     )
**AND**                                              )
                                                     )
**ROBERT HOUGHTON, SR.**                             )

**6342 ST RT 730**
**WILMINGTON, OH 45177**

**AND**

**ROBERT HOUGHTON, JR.**
**6342 ST RT 730**
**WILMINGTON, OH 45177**

**AND**

**RICKY HOUNCHELL**
**1204 GREENWOOD AVENUE**
**HAMILTON, OH 45011**

**AND**

**RITA HOUCHELL**
**1204 GREENWOOD AVENUE**
**HAMILTON, OH 45011**

**AND**

**KATHRYN HOWELL**
**1355 CASON LAND**
**DRY RIDGE, KY 41035**

**AND**

**GERBUS, MARY, AS**
**ADMINISTRATRIX OF THE ESTATE**
**OF LOIS HUGHES**
**986 E. CRESCENTVILLE ROAD**
**CINCINNATI, OH 45246**

**AND**

**TAMMY HUGHES**
**9042 SUPREME COURT**
**INDEPENDENCE, KY 41051**

**AND**

**KEVIN HUNLEY**
**13478 SERVICE ROAD**
**WALTON, KY 41094**

)
**AND** )
)
**CAROLYN HURSONG** )
**3464 HOLLYGLEN COURT** )
**CINCINNATI, OH 45251** )
)
**AND** )
)
**DAVID HUSER, AS EXECUTOR** )
**OF THE ESTATE OF CONNIE HUSER,** )
**DECEASED** )
**9148 TAG DRIVE** )
**CINCINNATI, OH 45231** )
)
**AND** )
)
**GEORGE HUTCHINSON** )
**3951 WEST 8TH STREET** )
**CINCINNATI, OH 45205** )
)
**AND** )
)
**MARTHA HUTTON** )
**9520 AMBLESIDE DRIVE** )
**CINCINNATI, OH 45241** )
)
**AND** )
)
**IRENE HYDE** )
**105 CRYSTAL LAKE DRIVE** )
**COVINGTON, KY 41017** )
)
**AND** )
)
**JEFFREY HYDE** )
**105 CRYSTAL LAKE DRIVE** )
**COVINGTON, KY 41017** )
)
**AND** )
)
**ELSA IERACI** )
**11815 NEUSS AVENUE** )
**CINCINNATI, OH 45246** )
)
**AND** )
)

**ALYSSA JACKSON**                          )
**6118 LANCASHIRE TRAIL.**                  )
**LIBERTY TOWNSHIP**                        )
**OH 45044**                                )
                                            )
**AND**                                     )
                                            )
**DAMION JACKSON**                          )
**1843 JOSEPH COURT**                       )
**CINCINNATI, OH 45231**                    )
                                            )
**AND**                                     )
                                            )
**TRACY JANSON**                            )
**785 REED KINMAN ROAD**                    )
**WILLIAMSTOWN, KY 41097**                  )
                                            )
**AND**                                     )
                                            )
**KIMBERLY JENKINS**                        )
**1404 TURNER RIDGE ROAD**                  )
**FALMOUTH, KY 41040**                      )
                                            )
**AND**                                     )
                                            )
**SARAH JESSEE**                            )
**2475 ROOSEVELT ST.**                      )
**CINCINNATI, OH 45231**                    )
                                            )
**AND**                                     )
                                            )
**STEPHANIE JOBE**                          )
**16602 SELL CIRCLE #41**                   )
**HUNTINGTON BEACH, CA 92649**              )
                                            )
**AND**                                     )
                                            )
**AMBER JOHNSON**                           )
**6239 CAVALCADE DRIVE**                    )
**HAMILTON, OH 45011**                      )
                                            )
**AND**                                     )
                                            )
**CHELSEA JOHNSON**                         )
**1616 GARRARD STREET**                     )

**COVINGTON, KY 41014**                        )
                                               )
**AND**                                        )
                                               )
**KAREN JOHNSON**                              )
**116 HUNTERS COURT**                          )
**AMELIA, OH 45102**                           )
                                               )
**AND**                                        )
                                               )
**ROGER JOHNSON**                              )
**5261 RIVER ROAD**                            )
**FAIRFIELD, OH 45014**                        )
                                               )
**AND**                                        )
                                               )
**SARA JONAS**                                 )
**6502 JENNIFER COURT**                        )
**LIBERTY TOWNSHIP, OH 45044**                 )
                                               )
**AND**                                        )
                                               )
**DILLON JONES**                               )
**5033 RIVERWALD DR.**                         )
**KINGS MILLS, OH 45034**                      )
                                               )
**AND**                                        )
                                               )
**JOAN JONES**                                 )
**3218 WOODWARD STREET**                       )
**ERLANGER, KY 41018**                         )
                                               )
**AND**                                        )
                                               )
**RACHEL JONES**                               )
**1553 PULLAN AVENUE**                         )
**CINCINNATI, OH 45223**                       )
                                               )
**AND**                                        )
                                               )
**SYDNEY JONES**                               )
**601 SOUTH MAIN STREET**                      )
**P.O. BOX 492**                               )
**MILAN, IN 47031**                            )
                                               )
**AND**                                        )

**TAMMY JONES**                                    )
**9618 DECOURSEY PIKE**                            )
**RYLAND HEIGHTS, KY 41015**                       )
                                                   )
**AND**                                            )
                                                   )
**JACQUELINE JUDKINS**                             )
**6779 YOAKUM COURT**                              )
**LIBERTY TOWNSHIP, 45044**                        )
                                                   )
**AND**                                            )
                                                   )
**JUDKINS, JACQUELINE, AS**                        )
**ADMINISTRATRIX OF THE**                          )
**ESTATE OF PHYLLIS JUDKINS**                      )
**11651 NORBOURNE DRIVE, #505**                    )
**CINCINNATI, OH 45240**                           )
                                                   )
**AND**                                            )
                                                   )
**MCCAUGHEY, CHRISTOPHER, AS**                     )
**ADMINISTRATOR OF**                               )
**THE ESTATE OF SARAH JUERGENS**                   )
**9592 BROWER ROAD**                               )
**NORTH BEND, OH 45052**                           )
                                                   )
**AND**                                            )
                                                   )
**HOLLEY, CATHY, ADMINISTRATRIX**                  )
**OF THE ESTATE OF**                               )
**LINDA KALLMEYER-WARD**                           )
**12000 WESTERLY DRIVE**                           )
**CINCINNATI, OH 45231**                           )
                                                   )
**AND**                                            )
                                                   )
**JOSH KAUFFMAN**                                  )
**1794 MARINERS CV**                               )
**LOVELAND, OH 45140**                             )
                                                   )
**AND**                                            )
                                                   )
**KATELYN KAUFFMAN**                               )
**572 PEDRETTI AVE.**                              )
**CINCINNATI, OH 45238**                           )

)
**AND** )
)
**THOMAS KELLISON** )
**1100 CASTLEBAY DRIVE** )
**CINCINNATI, OH 45245** )
)
**AND** )
)
**MICHELE KEPLINGER** )
**170 WIDEVIEW DRIVE** )
**SPARTA, KY 41086** )
)
**AND** )
)
**MARTHA KIBLER** )
**9078 CANAL WAY** )
**WEST CHESTER, OH 45069** )
)
**AND** )
)
**DEBORAH KIDD** )
**1625 ASMAN AVENUE** )
**CINCINNATI, OH 45229** )
)
**AND** )
)
**SHERRY KIDD** )
**12 CHERRYWOOD LANE** )
**ALEXANDRIA, KY 41001** )
)
**AND** )
)
**VIVIAN KIEFER** )
**742 MILLSTREAM DR.** )
**TAYLOR MILL, KY 41015** )
)
**AND** )
)
**CHARLOTTE KING** )
**1358 AMMERMAN LANE** )
**FALMOUTH, KY 41040** )
)
**AND** )
)
**MAGGIE KNAUER, AS EXECUTOR** )

**OF THE ESTATE OF** )
**CHRISTOPHER KNAUER, DECEASED** )
**446 SHANNON CIRCLE** )
**BATAVIA, OH 45103** )
)
**AND** )
)
**MAGGIE KNAUER** )
**446 SHANNON CIRCLE** )
**BATAVIA, OH 45103** )
)
**AND** )
)
**AMANDA KOCH** )
**5133 MOUNT ALVERNO** )
**CINCINNATI, OH 45238** )
)
**AND** )
)
**ROSE KOEHLER** )
**7060 MAUD HUGHES ROAD** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**SHANNON KOEHLER** )
**135 MONTCLAIR STREET** )
**LUDLOW, KY 41016** )
)
**AND** )
)
**MIKE KOELBLIN** )
**1221 MILLVILLE AVENUE** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**VALARIE KOPP** )
**14216 DECOURSEY PIKE** )
**MORNING VIEW, KY 41063** )
)
**AND** )
)
**LAURA KRANBUHL-MCKEE** )
**105 NORTH THIRD STREET** )
**LOVELAND, OH 45140** )

)
**AND** )
)
**LARRY KRECH** )
**725 COACHWAY COURT** )
**TAYLOR MILL, KY 41015** )
)
**AND** )
)
**BRANDON LACINAK** )
**890 E. COLUMBIA AVENUE** )
**CINCINNATI, OH 45215** )
)
**AND** )
)
**NATASHA LAINHART** )
**58 HIGH STREET** )
**WALTON, KY 41094** )
)
**AND** )
)
**VICTORIA LANDRUM** )
**10357 BANKLICK RD.** )
**WALTON, KY 41094** )
)
**AND** )
)
**SARA LANE** )
**1905 ELMORE STREET** )
**APT. 304** )
**CINCINNATI, OH 45223** )
)
**AND** )
)
**NICK LANGFORD** )
**BY AND THROUGH HIS PARENTS** )
**AND NEXT FRIENDS** )
**LYNDON AND MAURINE LANGFORD** )
**856 HAMLIN DRIVE** )
**MAINEVILLE, OH 45039** )
)
**AND** )
)
**TOM LANTRY** )
**102 PROMONTORY DR., APT. D** )
**COVINGTON, KY 41015** )

```
                                        )
AND                                     )
                                        )
PATRICIA LEGENDRE                       )
1010 MORADO DRIVE                       )
CINCINNATI, OH 45238                    )
                                        )
AND                                     )
                                        )
KAREN LEGER                             )
1812 MOREY AVENUE                       )
HAMILTON, OH 45011                      )
                                        )
AND                                     )
                                        )
BETH LEISRING                           )
5356 TAYLOR MILL ROAD                   )
TAYLOR MILL, KY 41015                   )
                                        )
AND                                     )
                                        )
SANDRA LEMMEL                           )
6671 TRADITION TRAIL                    )
MASON, OH 45040                         )
                                        )
AND                                     )
                                        )
KATIE LEHMKUHL                          )
9504 MAIN ST.                           )
CINCINNATI, OH 45242                    )
                                        )
AND                                     )
                                        )
AILENE LEVAN                            )
675 EUCLID STREET                       )
CRESCENT SPRINGS, KY 410171             )
                                        )
AND                                     )
                                        )
HILLARY LEVANDOFSKY                     )
1645 WEST MAIN #2                       )
WILMINGTON, OH 45177                    )
                                        )
AND                                     )
                                        )
ADRIAN LILLY                            )
```

**3474 INEX AVENUE**      )
**BETHEL, OH 45106**      )
      )
**AND**      )
      )
**DEREK LIST**      )
**3617 TAMBER RIDGE DRIVE**      )
**COVINGTON, KY 41015**      )
      )
**AND**      )
      )
**LYNNE LIST**      )
**3617 TAMBER RIDGE DRIVE**      )
**COVINGTON, KY 41015**      )
      )
**AND**      )
      )
**TAMMIE LITTLE**      )
**290 PRARIE AVENUE, APT. 208**      )
**WILMINGTON, OH 45177**      )
      )
**AND**      )
      )
**TAMALA LOVETTE**      )
**485 DEWDROP CIRCLE, UNIT D**      )
**CINCINNATI, OHIO 45240**      )
      )
**AND**      )
      )
**KIMBERLY LUSE**      )
**4549 AMELIA CIR.**      )
**HAHIRA, GA 31632**      )
      )
**AND**      )
      )
**RHONDA MAINS**      )
**408 HAWTHORNE STREET**      )
**COVINGTON, KY 41014**      )
      )
**AND**      )
      )
**SHIRLEY MAINS**      )
**3526 SHADYSIDE DRIVE**      )
**ERLANGER, KY 41018**      )
      )
**AND**      )

**VICKY MAINS**       )
**97 ABBEYWOOD DRIVE APT. 307** )
**FALMOUTH, KY 41040**    )
            )
**AND**          )
            )
**TAMMY MANN**      )
**3487 CLOVER DRIVE**    )
**COVINGTON, KY 41015**    )
            )
**AND**          )
            )
**KENNETH MAHLENKAMP**   )
**113 GRANT ST.**      )
**FT. THOMAS, KY 41075**    )
            )
**AND**          )
            )
**JACK MARCHESCHI**    )
**1360 PENNSBURY DRIVE**   )
**CINCINNATI, OH 45238**    )
            )
**AND**          )
            )
**SHARON HOWARD, AS**    )
**ADMINISTRATOR OF THE ESTATE** )
**OF PAUL MARKSBERRY**    )
**1211 GARRARD STREET**    )
**COVINGTON, KY 41011**    )
            )
**AND**          )
            )
**TIMOTHY MARSHALL**    )
**60 JONES ROAD**      )
**CORINTH, KY 41010**     )
            )
**AND**          )
            )
**JULIE MARTIN**      )
**3959 ASHMONT DRIVE**    )
**ERLANGER, KY 41018**    )
            )
**AND**          )
            )
**MARTIN, KELLY, ON BEHALF**  )

**OF HER MINOR DAUGHTER** )
**MACY ACORD** )
**2488 ROZELLE CREEK RD.** )
**CHILLICOTHE, OH 45601** )
)
**AND** )
)
**MARSHA MARTIN** )
**2532 DALE CT** )
**FT. MITCHELL, KY 41017** )
)
**AND** )
)
**STACY JOHN MARTIN** )
**1875 HWY 127** )
**WARSAW, KY 41095** )
)
**AND** )
)
**ROBERT MASTERS** )
**5955 FURLONG WAY** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**TRACI MATHEWS** )
**694 BLUEBIRD LANE** )
**CINCINNATI, OHIO 45244** )
)
**AND** )
)
**BRANDON MATHIS** )
**5361 BAY VIEW DRIVE, #54** )
**TAYLOR MILL, KY 41015** )
)
**AND** )
)
**DONALD MAUNTEL,** )
**INDIVIDUALLY, AND ON BEHALF** )
**OF HIS MINOR DAUGHTER,** )
**MARY MAUNTEL** )
**1837 ASHBROOK DR** )
**CINCINNATI, OH 45238** )
)
**AND** )
)

**KIMBERLY MAYER**         )
**3535 E TAYLOR SCHOOL ROAD**  )
**HAMILTON, OH 45011**    )
         )
**AND**         )
         )
**DEREK MAYFIELD**    )
**455 SQUIRESVILLE RD.**    )
**OWENTON, KY 40359**    )
         )
**AND**         )
         )
**JAMES MCCAIN**    )
**615 SHULTZ DRIVE**    )
**HAMILTON, OH 45013**    )
         )
**AND**         )
         )
**JENNA MCCALL**    )
**4010 HAMMOND BLVD**    )
**HAMILTON, OH 45015**    )
         )
**AND**         )
         )
**HEATHER MCCANN**    )
**99 A STREET**    )
**WILMINGTON, OH 45177**    )
         )
**AND**         )
         )
**HIRAM MCCAULEY**    )
**4256 ASPEN DRIVE**    )
**INDEPENDENCE, KY 41051**    )
         )
**AND**         )
         )
**KYRA MCCLENDON**    )
**2224 OAKLAND AVENUE**    )
**COVINGTON, KY 41014**    )
         )
**AND**         )
         )
**FLETCHER, STACY, AS EXECUTRIX**  )
**OF THE ESTATE OF**    )
**JEFFREY MCCLURE**    )
**1860 HEATHEN RIDGE ROAD**  )

CRITTENDEN, KY 41030      )
)
AND      )
)
KEVIN MCDONALD      )
1073 CLOUGH PIKE      )
CINCINNATI, OH 45245      )
)
AND      )
)
MARCELLA MCDONALD      )
1073 CLOUGH PIKE      )
CINCINNATI, OH 45245      )
)
AND      )
)
GRANT MCKENNEY      )
2792 SHAMU DRIVE      )
HEBRON, KY 41048      )
)
AND      )
)
CANDI MCKINNEY      )
4258 ASPEN DRIVE APT. 2      )
INDEPENDENCE, KY 41051      )
)
AND      )
)
TYLER MCKNIGHT      )
816 FRANKLIN STREET      )
HAMILTON, OH 45013      )
)
AND      )
)
TERESA MCMILLEN      )
10616 CINDERELLA DRIVE      )
MONTGOMERY, OH 45242      )
)
AND      )
)
MARK MCMURREN      )
89 EAST MEADOW DRIVE      )
BATAVIA, OH 45103      )
)
AND      )
)

**KAMERON MCNEAL** )
**110141 WEST ROAD #3** )
**HARRISON, OH 45013** )
)
**AND** )
)
**KERRY MCNEAL** )
**4114 RACE LANE ROAD** )
**OKEANA, OH 45033** )
)
**AND** )
)
**TONIA MCQUEARY** )
**6342 LAKE RIDGE COURT** )
**LOVELAND, OH 45140** )
)
**AND** )
)
**TIFFANY MEADOWS** )
**1045 GOODMAN AVENUE** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**DAWN MERLAND** )
**17 ORCHARD AVE.** )
**CINCINNATI, OH 45215** )
)
**AND** )
)
**TIFFANY MESSERSCHMIDT** )
**15131 PINE ROAD** )
**BROOKVILLE, IN 47012** )
)
**AND** )
)
**RANDALL METCALF** )
**3345 ROBERT E. LEE DRIVE** )
**ERLANGER, KY 41018** )
)
**AND** )
)
**DIANE MEYER** )
**5279 PONDEROSA DRIVE** )
**CINCINNATI, OH 45239** )
)

AND                                           )
                                              )
TOM MEYERS                                    )
9281 INDIAN TRACE RD                          )
ALEXANDRIA, KY 41001                          )
                                              )
AND                                           )
                                              )
LYNDSEY MIDDENDORF                            )
3291 RIDGETOP WAY                             )
EDGEWOOD, KY 41017                            )
                                              )
AND                                           )
                                              )
KAREN MILLER                                  )
993 SOUTHRIDGE AVENUE                         )
WILMINGTON, OH 45177                          )
                                              )
AND                                           )
                                              )
RYAN MILLER                                   )
10949 THORNVIEW DRIVE                         )
CINCINNATI, OH 45241                          )
                                              )
AND                                           )
                                              )
SAMANTHA MINK                                 )
10007 BENT TREE CIRCLE                        )
UNION, KY 41091                               )
                                              )
AND                                           )
                                              )
VERA MOFFITT                                  )
771 COLBERT CIRCLE                            )
CINCINNATI, OH 45240                          )
                                              )
AND                                           )
                                              )
JUNIOR MONROE                                 )
1011 MONROE ROAD                              )
PEEBLES, OH 45660                             )
                                              )
AND                                           )
                                              )
BILLIE JANE MOORE                             )
2525 LEMON NORTHCUTT ROAD                     )

**DRY RIDGE, KY 41035**                        )
                                               )
**AND**                                        )
                                               )
**DEBBIE MOORE**                               )
**8174 SMITH ROAD**                            )
**BROOKEVILLE, IN 47012**                      )
                                               )
**AND**                                        )
                                               )
**DONALD MOORE**                               )
**116 AARONSWAY**                              )
**DRY RIDGE, KY 41035**                        )
                                               )
**AND**                                        )
                                               )
**ROBERT MOORE**                               )
**274 PRAIRIE AVENUE**                         )
**WILMINGTON, OH 45177**                       )
                                               )
**AND**                                        )
                                               )
**STEPHANIE MOORE**                            )
**80 CLEARVIEW LANE**                          )
**FRANKLIN, OH 45005**                         )
                                               )
**AND**                                        )
                                               )
**TIM MOORE**                                  )
**425 SILVERLAKE AVE.**                        )
**ERLANGER, KY 41018**                         )
                                               )
**AND**                                        )
                                               )
**WILLIAM MOORE**                              )
**11377 MOUNT VERNON DRIVE**                   )
**DUNCANVILLE, AL 35456**                      )
                                               )
**AND**                                        )
                                               )
**JILL MORTHLAND**                             )
**31 CUSTIS #2**                               )
**FORT THOMAS, KY 41075**                      )
                                               )
**AND**                                        )
                                               )

**ROBERT MOUNCE** )
**2396 PARAGON MILL DRIVE** )
**BURLINGTON, KY 41005** )
)
**AND** )
)
**REBA MORGAN** )
**2006 DIXON ROAD** )
**SADIEVILLE, KY  40370** )
)
**AND** )
)
**SARRA MUELLER** )
**3966 WASHINGTON ROAD** )
**CHEVIOT, OH 45211** )
)
**AND** )
)
**STEPHANIE MUELLER** )
**226 SHORT MAY ST.** )
**ELSMERE, KY 41018** )
)
**AND** )
)
**JENNIFER MYERS** )
**301 SOUTH 1ST STREET** )
**TRENTON, OHIO 45067** )
)
**AND** )
)
**JOETTA NAFE** )
**741 RIDGEWOOD AVE.** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**TONYA NEAL** )
**5350 ASTER PARK DRIVE** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**CHARLES NELSON** )
**1103 THIRD STREET** )
**DAYTON, KY 41074** )
)

AND&#9;)
&#9;)
GARY NEU&#9;)
6831 PARKLAKE DR.&#9;)
MASON, OH 45040&#9;)
&#9;)
AND&#9;)
&#9;)
MARJORIE NEWMAN&#9;)
355 SECOND STREET&#9;)
MORROW, OH 45152&#9;)
&#9;)
AND&#9;)
&#9;)
TERESA NICHOLS&#9;)
1291 DEBLIN DRIVE&#9;)
MILFORD, OH 45150&#9;)
&#9;)
AND&#9;)
&#9;)
RAHMANN NISBETT&#9;)
51 BUTTERMILK PIKE&#9;)
LAKESIDE PARK, KY 41017&#9;)
&#9;)
AND&#9;)
&#9;)
MICHELLE NOBLE&#9;)
1876 MT. ZION ROAD&#9;)
UNION, KENTUCKY 41091&#9;)
&#9;)
AND&#9;)
&#9;)
GAIL NORDEMAN&#9;)
15031 PUNTA RASSA RD&#9;)
#503&#9;)
FT. MYERS, FL 33908&#9;)
&#9;)
AND&#9;)
&#9;)
RUVIMBO NYEMBA&#9;)
4131 ST MARTIN PLACE&#9;)
CINCINNATI, OH 45211&#9;)
&#9;)
AND&#9;)
&#9;)
WENDY OBERLANDER&#9;)

**6910 EVANSTON AVE.**                )
**MUSKEGON, MI 49442**                )
                                      )
**AND**                               )
                                      )
**MICHAEL ODULANA**                   )
**20203 EMERSON**                     )
**CINCINNATI, OH 45239**              )
                                      )
**AND**                               )
                                      )
**TIMOTHY OSBORN**                    )
**57 E MAIN STREET, UNIT B**          )
**CLARKSVILLE, OH 45113**             )
                                      )
**AND**                               )
                                      )
**DANNIE OWENS**                      )
**1090 LOVELAND-MADEIRA ROAD, #10**
**LOVELAND, OH 45140**                )
                                      )
**AND**                               )
                                      )
**HALEY PAYNE**                       )
**1680 BIG THREE MILE ROAD**          )
**ABERDEEN, OH 45101**                )
                                      )
**AND**                               )
                                      )
**JEFF PEDDICORD**                    )
**3657 MILLS ROAD**                   )
**INDEPENDENCE, KY 41051**            )
                                      )
**AND**                               )
                                      )
**DUANE PELFREY**                     )
**950 SHEFFIELD DR.**                 )
**MASON, OH 45040**                   )
                                      )
**AND**                               )
                                      )
**ANGELA PENNINGTON**                 )
**1785 STATE ROUTE 28, #50**          )
**GOSHEN, OH 45122**                  )
                                      )
**AND**                               )

**PFETSCH, NANCY, AS EXECUTRIX**  )
**OF THE ESTATE OF**  )
**KENNETH PFETSCH**  )
**4832 BRIDGE LANE, APT. 1**  )
**MASON, OH 45040**  )
  )
**AND**  )
  )
**CLARENCE PHILLIPS**  )
**28 HEARTHSTONE COURT**  )
**FLORENCE, KY 41042**  )
  )
**AND**  )
  )
**HEATHER PICKETT**  )
**207 PRUYN STREET**  )
**AURORA, IN 47001**  )
  )
**AND**  )
  )
**CRYSTAL PIERCE**  )
**3543 EPLEY ROAD, #3**  )
**CINCINNATI, OH 45247**  )
  )
**AND**  )
  )
**JEFFREY POFF**  )
**181 RICHARDSON PL.**  )
**CINCINNATI, OH 45233**  )
  )
**AND**  )
  )
**SHEILA POGUE-KRABACHER**  )
**1287 WEST MAIN STREET**  )
**WILMINGTON, OH 45177**  )
  )
**AND**  )
  )
**JEFF POTTS**  )
**8971 ELDORA DRIVE**  )
**CINCINNATI, OH 45236**  )
  )
**AND**  )
  )
**ANTOINE POWELL**  )

**650 NORTH PECOS ROAD, APT. # 1044 )**
**LAS VEGAS, NV 89115** **)**
**)**
**AND** **)**
**)**
**BRYAN POWERS** **)**
**335 SOUTH FORK RD** **)**
**VERONA, KY 41092** **)**
**)**
**AND** **)**
**)**
**KATHERINE PRATER** **)**
**11497 BASIL RD NW** **)**
**BALTIMORE, OH 43105** **)**
**)**
**AND** **)**
**)**
**SCHUSTER, HEATHER, AS** **)**
**EXECUTRIX OF THE ESTATE OF** **)**
**LAWRENCE PRIDEMORE** **)**
**1075 ARBOR SPRINGS DR.** **)**
**HAMILTON, OH 45013** **)**
**)**
**AND** **)**
**)**
**TOM PRITCHARD, AS EXECUTOR** **)**
**OF THE ESTATE OF** **)**
**SHARON PRITCHARD, DECEASED** **)**
**8372 JUNIPER LANE** **)**
**FLORENCE, KY 41042** **)**
**)**
**AND** **)**
**)**
**SHERRI PUCKETT-MORRISSETTE** **)**
**164 TAYLOR AVENUE** **)**
**MARYSVILLE, OHIO 43040** **)**
**)**
**AND** **)**
**)**
**CAROL PUMMELL** **)**
**129 MAYS DRIVE** **)**
**SABINA, OH 45169** **)**
**)**
**AND** **)**
**)**
**JAMES PUMPELLY** **)**

**1161 MILLER AVENUE** )
**MAYSVILLE, KY 41056** )
)
**AND** )
)
**MISTY EMERSON AS** )
**ADMINISTRATOR** )
**OF THE ESTATE OF** )
**MARCIA QUINN, DECEASED** )
**817 SANDERS DRIVE** )
**HAMILTON, OH 45013** )
)
**AND** )
)
**SANDRA RADEKE** )
**6810 JERSEY AVENUE** )
**SAILOR PARK, OH 45233** )
)
**AND** )
)
**MARGARET RADENHEIMER** )
**204 WEST HARRISON AVENUE** )
**WEST HARRISON, IN 47060** )
)
**AND** )
)
**MARY RAVENSCRAFT** )
**285 SHERWOOD COURT** )
**BATAVIA, OH 45103** )
)
**AND** )
)
**TODD RAY** )
**13118 ALEXANDRIA PIKE** )
**BUTLER, KY 41006** )
)
**AND** )
)
**SAMANTHA REDROW** )
**6637 SOUTH COVE DRIVE** )
**CINCINNATI, OH 45233** )
)
**AND** )
)
**DANIELLE REED** )
**453 MILLVILLE ROAD** )

**HAMILTON, OH 45013**    )
                )
**AND**            )
                )
**MARK REED**       )
**103 CASTANEA DRIVE**    )
**MASON, OH 45040**     )
                )
**AND**            )
                )
**JEAN FENNER, EXECUTOR OF** )
**THE ESTATE OF JANE REEDER** )
**130 MADALYN LOFTIN DRIVE** )
**BLANCHESTER, OH 45107**  )
                )
**AND**            )
                )
**VALERIE REEVES**     )
**4915 MARATHON EDENTON ROAD** )
**WILLIAMSBURG, OH 45176**  )
                )
**AND**            )
                )
**CIERA BARR, ADMINISTRATOR** )
**OF THE ESTATE HOLLY**   )
**REIFENBERGER**      )
**6 POTOMAC COURT**    )
**LOVELAND, OHIO 45140**   )
                )
**AND**            )
                )
**JEFF REMLEY**      )
**6819 EAST PLUM STREET**  )
**CINCINNATI, OH 45244**   )
                )
**AND**            )
                )
**DERRILL REYNOLDS**    )
**218 OAK STREET, APT. #1**  )
**LUDLOW, KY 41016**     )
                )
**AND**            )
                )
**HARRY REYNOLDS**    )
**601 MAPLE AVENUE**    )
**CINCINNATI, OH 45229**   )

```
                                    )
AND                                 )
                                    )
KENT REYNOLDS                       )
853 WESLEY DRIVE                    )
VILLA HILLS, KY 41017               )
                                    )
AND                                 )
                                    )
LISA REYNOLDS                       )
951 ALLY WAY                        )
INDEPENDENCE, KY 41051              )
                                    )
AND                                 )
                                    )
JOHN RICHARDSON                     )
396 HAMPSHIRE                       )
HAMILTON, OH 45011                  )
                                    )
AND                                 )
                                    )
JORDAN RIBARIU                      )
8045 REMINGTON ROAD                 )
CINCINNATI, OH 45242                )
                                    )
AND                                 )
                                    )
JASON RILEY                         )
884 GORDON SMITH BLVD., #9          )
HAMILTON, OH 45103                  )
                                    )
AND                                 )
                                    )
GORDON RISTER, AS                   )
ADMINISTRATOR OF THE ESTATE         )
OF DONNA RISTER                     )
809 MARK AVENUE                     )
HAMILTON, OH 45013                  )
                                    )
AND                                 )
                                    )
DEBORAH ROARK                       )
1176 DENNIS LANE 32                 )
HAMILTON OH, 45013                  )
                                    )
AND                                 )
```

KELLY ROBINSON               )
3060 HIGHWAY 465          )
SPARTA, KY 41086          )
                               )
AND                    )
                               )
THERESA ROBBINSON-WOODS   )
750 GRAND AVENUE #411    )
CINCINNATI, OH 45205     )
                               )
AND                    )
                               )
DEBBIE RODRIGUEZ         )
834 KY HIGHWAY 19       )
CYNTHIANA, KY 41031     )
                               )
AND                    )
                               )
DAVID ROHLING           )
13207 LAZZARO COURT     )
ESTERO FL 33928          )
                               )
AND                    )
                               )
JASON ROMER            )
3438 MAPLE TREE LANE    )
ERLANGER, KY 41018      )
                               )
AND                    )
                               )
DOROTHY ROSE          )
313 KENEC DRIVE        )
MIDDLETOWN, OH 45042    )
                               )
AND                    )
                               )
WORLEY, DEBORAH, AS     )
EXECUTRIX OF THE ESTATE OF  )
FAY ROSEBERY          )
22 SAGEBRUSH LANE      )
ERLANGER, KY 41018      )
                               )
AND                    )
                               )
CAROL ROSS            )

**1012 UPLAND HEIGHTS** )
**LAWRENCEBURG, IN 47025** )
 )
**AND** )
 )
**SANDRA ROUNDTREE** )
**2037 FRANKLIN STREET, #A** )
**COVINGTON, KY 41014** )
 )
**AND** )
 )
**RONALD ROWLEY** )
**274 PRAIRIE AVENUE, APT. 106** )
**WILMINGTON, OH 45177** )
 )
**AND** )
 )
**JOSH ROY** )
**N280 EASTOWNE LANE** )
**APPLETON, WI 54915** )
 )
**AND** )
 )
**CARMEN, STEPHEN, AS** )
**ADMINISTRATOR OF THE** )
**ESTATE OF KATHRYNN RUEVE** )
**4124 VINEDALE AVENUE** )
**CINCINNATI, OH 45205** )
 )
**AND** )
 )
**ROBERT RUNTZ** )
**1 MAIN STREET, APT. F4** )
**P.O. BOX 625** )
**ADDYSTON, OH 45001** )
 )
**AND** )
 )
**RUTTER, CHRISTINA AND JOE,** )
**INDIVIDUALLY AND ON** )
**BEHALF OF MINOR SON,** )
**CARSON RUTTER** )
**8466 BRANDONHILL COURT** )
**CINCINNATI, OH 45244** )
 )
**AND** )

|  |  |
|---|---|
| **MIKE SAND** | ) |
| **3270 RECTOR ROAD** | ) |
| **MORNINGVIEW, KY 41063** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **MICHAEL SANDER** | ) |
| **2513 AVON DRIVE** | ) |
| **FT MITCHELL, KY 41017** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **CHRIS SCHEPER** | ) |
| **1859 PRINCESS CT** | ) |
| **HEBRON, KY 41048** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **ROBIN SCHILLER** | ) |
| **524 PATTERSON COURT** | ) |
| **LEBANON, OH 45036** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **JOSEPH SCHIMMEL** | ) |
| **185 KNAPP DRIVE** | ) |
| **HAMILTON, OH 45013** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **KIM SCHMIT** | ) |
| **406 PRINCETON DRIVE** | ) |
| **TRENTON, OH 45067** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **KEVIN SCHMIT** | ) |
| **5490 CANNAS DRIVE** | ) |
| **CINCINNATI, OH 45238** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **PATRICK SCHMIT** | ) |
| **2778 TOLBERT RD.** | ) |
| **HAMILTON, OH 45011** | ) |

|  |  |
|---|---|
| **AND** | ) |
|  | ) |
|  | ) |
| **BRANDON SCHOBORG** | ) |
| **1079 AUDUS COURT** | ) |
| **INDEPENDENCE, KY 41051** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **SUSAN SCHOCK** | ) |
| **4351 MOUNT ALVERNO ROAD** | ) |
| **CINCINNATI, OH 45238** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **PAUL SCHOLZ** | ) |
| **210 MARTIN AVENUE** | ) |
| **TRENTON, OH 45067** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **ANDREW SCHULTZ** | ) |
| **25809 EASY WAY DRIVE** | ) |
| **GUILFORD, IN 47022** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **TIMOTHY SCHULZE** | ) |
| **6150 BURLINGTON PIKE** | ) |
| **BURLINGTON, KY 41005** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **RONALD SCHUSTER** | ) |
| **903 SHAYLER ROAD** | ) |
| **CINCINNATI, OH 45245** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **DELORES SCOTT** | ) |
| **124 PAMELA DRIVE #105** | ) |
| **MORROW, OH 45152** | ) |
|  | ) |
| **AND** | ) |
|  | ) |
| **RHONDA SCOTT** | ) |

**421 OAK GROVE ROAD**     )
**MARTINSVILLE, OH 45146**     )
     )
**AND**     )
     )
**ALI SCULLY**     )
**6389 TIMBERHILL COURT**     )
**CINCINNATI, OH 45233**     )
     )
**AND**     )
     )
**RUTHIE SEARS**     )
**3907 MACK ROAD, APT. #57**     )
**FAIRFIELD, OH 45014**     )
     )
**AND**     )
     )
**SARA SELM**     )
**10769 US HWY 42, APT A**     )
**UNION, KY 41094**     )
     )
**AND**     )
     )
**DANA SETTERS**     )
**5372 GABBARD DRIVE**     )
**TRENTON, OH 45067**     )
     )
**AND**     )
     )
**GLENNA SHAFER**     )
**3151 RIVER ROAD**     )
**CINCINNATI, OH 45204**     )
     )
**AND**     )
     )
**ASIA SHANNON**     )
**2393 BRICK HOUSE LANE**     )
**FAIRFIELD, OH 45014**     )
     )
**AND**     )
     )
**BRENDA SHELL**     )
**6058 JERRY LEE DRIVE**     )
**MILFORD, OH 45150**     )
     )
**AND**     )

**DAVID SHEMPERT**  
**27 CHAMBERS ROAD**  
**WALTON, KY 41094**

**AND**

**CHARLANN SHEPHERD**  
**725 BALLARD TERRACE**  
**PO BOX 476**  
**BARLOW, KENTUCKY 42024**

**AND**

**PATRICIA SHOTT, INDIVIDUALLY,**  
**AND AS THE EXECUTRIX OF THE**  
**ESTATE OF GREGORY S. SHOTT**  
**25 CLARK AVENUE**  
**WYOMING, OH 45215**

**AND**

**SHANDON SIMMONS**  
**16 CHASE DRIVE**  
**CENTERVILLE, OH 45458**

**AND**

**KAREN SISSON**  
**2219 DREX AVE.**  
**CINCINNATI, OH 45212**

**AND**

**MICHELLE SIZEMORE**  
**4165 MT. CARMEL-TOBASCO RD.**  
**#8**  
**CINCINNATI, OH 45255**

**AND**

**HEATHER SLAYBACK**  
**203 SOUTH BOWLES STREET**  
**WEST HARRISON, IN 47060**

**AND**

**WARREN, HALEY, AS** )
**ADMINISTRATOR OF THE ESTATE** )
**OF CRYSTAL SLONE** )
**10519 MARSHALL ROAD** )
**LATONIA, KY 41015** )
)
**AND** )
)
**DONNA SMALLWOOD** )
**12070 REGENCY RUN COURT, #3** )
**CINCINNATI, OH 45240** )
)
**AND** )
)
**DAVID SMITH** )
**1445 KAHN AVE.** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**DONALD SMITH** )
**2537 WARREN STREET** )
**COVINGTON, KY 41014** )
)
**AND** )
)
**STACI SMITH** )
**8279 SOUTH PORT DR.** )
**WEST CHESTER, OH 45069** )
)
**AND** )
)
**ORRIS SMOOTE** )
**601 MAPLE AVENUE, APT. 903** )
**CINCINNATI, OH 45229** )
)
**AND** )
)
**DAVID SNIDER** )
**590 ROBERTSON RD.** )
**FELICITY, OH 45120** )
)
**AND** )
)
**SHERRY SPANGENBERG** )

**4493 DEVON COURT**    )
**MASON, OH 45040**     )
           )
**AND**         )
           )
**CRYSTAL GARRISON,**    )
**ADMINISTRATOR OF THE**   )
**ESTATE OF BILLY SPIVY**    )
**310 RICE DRIVE, APT. 18**    )
**WEST UNION, OH 45693**    )
           )
**AND**         )
           )
**ZACHARY STACY**     )
**1535 OLD FERRELLS CREEK RD.** )
**BELCHER, KY 41513**     )
           )
**AND**         )
           )
**EDDIE STALLINGS**     )
**4136 GRASMERE RUN**    )
**MASON, OH 45040**     )
           )
**AND**         )
           )
**EARL STAMPS, JR.**     )
**10768 SHPLEY CT.**     )
**CINCINNATI, OH 45231**    )
           )
**AND**         )
           )
**RICHARD STANFIELD**    )
**4258 ASPEN DRIVE, APT. 2**   )
**INDEPENDENCE, KY 41051**   )
           )
**AND**         )
           )
**FISHER, DAVID, AS ADMINISTRATOR**)
**OF THE ESTATE OF**     )
**MICHELLE STEPHENS**    )
**3719 JACQUELINE DRIVE**   )
**ERLANGER, KY 41018**    )
           )
**AND**         )
           )
**PATRICK STEPHENSON**    )

**240 WAGEL ROAD** )
**BROOKSVILLE, KY 41004** )
)
**AND** )
)
**TEMPIE STEPHENSON** )
**310 RICE DR., APT. 9** )
**WEST UNION, OH 45693** )
)
**AND** )
)
**DARLENE STERLING** )
**558 GARNER CT** )
**COVINGTON, KY 41015** )
)
**AND** )
)
**BERT STIDHAM** )
**923 DON VICTOR** )
**INDEPENDENCE, KY 41051** )
)
**AND** )
)
**DEON STIGALL, JR.** )
**2917 PRIZE STREET** )
**CINCINNATI, OH 45204** )
)
**AND** )
)
**SIERRA STRATMAN** )
**1340 TAMARACK CIRCLE, APT. L** )
**FLORENCE, KY  41042** )
)
**AND** )
)
**DEBORAH STURDIVANT** )
**PO BOX 255** )
**DRY RIDGE, KY 41035** )
)
**AND** )
)
**RYAN TACKETT** )
**6656 AUTUMN GLEN DRIVE** )
**WEST CHESTER, OH 45069** )
)
**AND** )

**RYAN TANNER**                                )
**401 KUNTZ DRIVE**                            )
**LEBANON, OH 45036**                          )
                                               )
**AND**                                        )
                                               )
**ALEX TAYLOR**                                )
**1588 BEECHGROVE DRIVE**                      )
**CINCINNATI, OH 45233**                       )
                                               )
**AND**                                        )
                                               )
**KAREN TAYLOR**                               )
**3217 17TH STREET SW**                        )
**LEHIGH ACRES, FL 33976**                     )
                                               )
**AND**                                        )
                                               )
**KATHLEEN TESLCHER**                          )
**5719 HARVEY CIRCLE**                         )
**CINCINNATI, OH 45233**                       )
                                               )
**AND**                                        )
                                               )
**BEN THAELER**                                )
**8387 MAY AVENUE**                            )
**MIDDLETOWN, OH 45042**                       )
                                               )
**AND**                                        )
                                               )
**BRITTANY THEILMAN**                          )
**5767 MT. VERNON DR.**                        )
**MILFORD, OH 45150**                          )
                                               )
**AND**                                        )
                                               )
**BRIAN THIEN**                                )
**7750 OTTAWA LANE, #158**                     )
**WEST CHESTER OH 45069**                      )
                                               )
**AND**                                        )
                                               )
**EDWARD THIESSEN**                            )
**1602 SUMMIT HILLS DRIVE**                    )
**CINCINNATI, OH 45255**                       )

| | )|
|---|---|
|**AND**| )|
| | )|
|**ADRIENNE THOMAS**| )|
|**7131 ARLINGTON ROAD**| )|
|**BETHESDA, MD 20814**| )|
| | )|
|**AND**| )|
| | )|
|**CLARA TUBBS-HILLS**| )|
|**5491 BEECHMONT AVENUE #102**| )|
|**CINCINNATI, OH 45230**| )|
| | )|
|**AND**| )|
| | )|
|**CONNIE UNDERWOOD**| )|
|**135 MONTCLAIR STREET**| )|
|**LUDLOW, KY 41016**| )|
| | )|
|**AND**| )|
| | )|
|**KIM UNDERWOOD**| )|
|**1340 PARKWAY AVENUE**| )|
|**COVINGTON, KY 41016**| )|
| | )|
|**AND**| )|
| | )|
|**JACKLEN UPCHURCH**| )|
|**4264 CIDER MILL**| )|
|**CINCINNATI, OH 45245**| )|
| | )|
|**AND**| )|
| | )|
|**JORDAN VANCE**| )|
|**715 LITTLE HARTS CREEK ROAD**| )|
|**HARTS, WEST VIRGINIA 25524**| )|
| | )|
|**AND**| )|
| | )|
|**BROOKE VANDERVORT**| )|
|**6387 FARMERS RD.**| )|
|**MARTINSVILLE, OH 45146**| )|
| | )|
|**AND**| )|
| | )|
|**DANE VERSTRAT**| )|

**5521 EAGLE LANE**
**WEST CHESTER, OH 45069**

**AND**

**ASHLEY WALKER**
**6 ARBOR CIR., #617**
**CINCINNATI, OH 45255**

**AND**

**SHANNON WALLACE**
**9028 SYMMESRIDGE LANE**
**LOVELAND, OH 45140**

**AND**

**VICKI WALLACE**
**9028 SYMMESRIDGE LANE**
**LOVELAND, OH 45140**

**AND**

**KATHERINE WALLS**
**3906 OLD SAVANNAH LANE**
**CINCINNATI, OH 45245**

**AND**

**LINDSEY WALSH**
**16620 SE 70TH STREET**
**BELLEVUE, WA 98006**

**AND**

**TRACEY WALSH**
**4246 WEST ARM DRIVE**
**SPRING PARK, MN 55384**

**AND**

**MICHELLE WALTERS**
**915 HIGHKNOLL COURT, #93**
**VILLA HILLS, KY 41017**

**AND**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

HELEN WARD                                      )
7902 CONSTITUTION DRIVE                         )
CINCINNATI, OH 45215                            )
                                               )
AND                                            )
                                               )
MICHAEL WATKINS                                )
1613 ASMANN AVE., #3                           )
CINCINNATI, OH 45229                           )
                                               )
AND                                            )
                                               )
ELAINE WAXLER                                  )
9508 SOUTHGATE DRIVE                           )
CINCINNATI, OH  45241                          )
                                               )
AND                                            )
                                               )
CATHLEEN WEBER                                 )
7451 COLERAIN AVENUE, APT. 22                  )
CINCINNATI, OH 45269                           )
                                               )
AND                                            )
                                               )
DANIEL WEBBER                                  )
1205 LESLIE MARIE                              )
ELSMERE, KY 41018                              )
                                               )
AND                                            )
                                               )
BRANDON WEBSTER                                )
109 CHRISTINA CT.                              )
ALEXANDRIA, KY 41001                           )
                                               )
AND                                            )
                                               )
LAURA WEISBECKER                               )
50 OLYMPUS COURT                               )
HAMILTON, OH 45013                             )
                                               )
AND                                            )
                                               )
KIRSTIN WEISMAN                                )
5899 GILMORE DRIVE                             )
FAIRFIELD, OH 45014                            )

| | |
|---|---|
| **AND** | ) |
| | ) |
| | ) |
| **REGINA WESLEY** | ) |
| **2303 VIVIAN PLACE** | ) |
| **COVINGTON, KY 41011** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **TIMOTHY WHALEN** | ) |
| **22 WARSAW AVENUE** | ) |
| **DRY RIDGE, KY 41035** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **VIOLET WHALEN** | ) |
| **940 CURRY LANE** | ) |
| **DRY RIDGE, KY 41035** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **LONNIE WHEELER** | ) |
| **406 MONTE DRIVE** | ) |
| **MASON, OH 45040** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **SOPHIA WHITE** | ) |
| **1439 LEMONTREE DR.** | ) |
| **CINCINNATI, OH 45240** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **WILDER, JOSEPH, AS** | ) |
| **ADMINISTRATOR OF THE ESTATE** | ) |
| **OF TAMATHY WILDER** | ) |
| **234 LEWIS LANE** | ) |
| **NEWPORT, KY 41071** | ) |
| | ) |
| **AND** | ) |
| | ) |
| **TROY WILDER** | ) |
| **2947 RIDGE AVENUE** | ) |
| **HEBRON, KY 41048** | ) |
| | ) |
| **AND** | ) |

BENJAMIN WILLIAMS                      )
453 FOREST AVENUE                      )
ERLANGER, KY 41018                     )
                                       )
AND                                    )
                                       )
KELLY WILLIAMS                         )
42 MEADOWCREST DRIVE                   )
FRANKLIN, OH 45005                     )
                                       )
AND                                    )
                                       )
PATRICK WILLOUGHBY                     )
2138 AMSTERDAM ROAD                    )
COVINGTON, KY  41017                   )
                                       )
AND                                    )
                                       )
CAROL WILSON                           )
920 BLACKSTONE STREET                  )
WASHINGTON COURT HOUSE,                )
OH 43160                               )
                                       )
AND                                    )
                                       )
JETTON WILSON                          )
1356 WAYCROSS ROAD                     )
CINCINNATI, OH 45240                   )
                                       )
AND                                    )
                                       )
ALISA WILSON ON BEHALF OF HER          )
MINOR SON, JOSEPH WILSON               )
HC70 BOX 705                           )
DINGESS, WV 25671                      )
                                       )
AND                                    )
                                       )
KENNY WILSON                           )
3837 MORGAN COURT                      )
AMELIA, OH 45102                       )
                                       )
AND                                    )
                                       )
PAUL WILSON                            )

**534 FLEMING RD.** )
**CINCINNATI, OH 45231** )
)
**AND** )
)
**PAULA WILSON** )
**5381 SOUTHGATE BLVD, #1** )
**FAIRFIELD, OH 45014** )
)
**AND** )
)
**ROBERT WILSON** )
**4184 PAXTONWOODS LANE, APT. 9** )
**CINCINNATI, OH 45209** )
)
**AND** )
)
**TERRY WILSON** )
**419 EVANS COURT** )
**BUILDING E, APARTMENT 4** )
**OWENSVILLE, OH 45160** )
)
**AND** )
)
**VICKY WILSON** )
**4026 BENNETT DRIVE** )
**FAIRFIELD, OH 45011** )
)
**AND** )
)
**DAWN WINGERT** )
**28 EVANS CT.** )
**HARRISON, OH 45030** )
)
**AND** )
)
**PRISCILLA WITTMEYER** )
**3 FINCH COURT** )
**AMELIA OH 45102** )
)
**AND** )
)
**WILLIAM WOLDER** )
**9243 DEERCROSS PKWY. APT #1A** )
**BLUE ASH, OH 45236** )
)

AND )
)
**JARED WOLFE** )
**2712 EL CAMINO DR** )
**MIDDLETOWN, OH 45044** )
)
AND )
)
**BILLY WOLSING** )
**66 GOODRIDGE DR.** )
**FLORENCE, KY 41042** )
)
AND )
)
**AMBER WORK** )
**3834 KY. HWY. 330W** )
**FALMOUTH, KY 41040** )
)
AND )
)
**DEBORAH WORLEY** )
**22 SAGEBRUSH LANE** )
**ERLANGER, KY 41018** )
)
AND )
)
**TERESA WORLEY** )
**211 CHARISSA AVE.** )
**HILLSBORO, OH 45133** )
)
AND )
)
**CARLA WOOTEN** )
**3981 THOMAS DRIVE** )
**ERLANGER, KY 41018** )
)
AND )
)
**CORY WRIGHT** )
**11490 WHALLON COURT** )
**CINCINNATI, OH 45246** )
)
AND )
)
**WRIGHT, RON, AS EXECUTOR OF** )
**THE ESTATE OF LEAH WRIGHT** )

**2643 OXFORD MILLVILLE ROAD** )
**OXFORD, OH 45056** )
)
**AND** )
)
**CHERYL WYATT** )
**9644 STEPHEN YOUNG ROAD** )
**CAMDEN, OHIO 45311** )
)
**AND** )
)
**EMANUEL D. WYATT** )
**2220 FREEMAN AVENUE** )
**HAMILTON, OH 45011** )
)
**AND** )
)
**VERONICA YEAKLE** )
**601 WEST STATE STREET** )
**APARTMENT # 11** )
**TRENTON, OHIO 45067** )
)
**AND** )
)
**EVELYN YOUNG** )
**5211 PONDEROSA DRIVE** )
**CINCINNATI, OH 45239** )
)
**AND** )
)
**JOANN YOUNG** )
**200 BALLTOWN ROAD, APT. 10** )
**WILLIAMSBURG, KY 40769** )
)
**AND** )
)
**JUDY YOUNG** )
**448 GREENWELL AVENUE** )
**CINCINNATI OH 45238** )
)
**AND** )
)
**KEITH YOUNG** )
**491 HARWOOD ROAD** )
**MT. ORAB, OH 45154** )
)

AND                                             )
                                                )
**CORRINE ZACHRY**                              )
**1934 GARDENA AVENUE**                          )
**GLENDALE, CA 91204**                           )
                                                )
**AND**                                          )
                                                )
**MARY ZUREICK**                                 )
**7515 US HWY. 42, APT. 5**                      )
**FLORENCE, KY 41042**                           )
                                                )
**AND**                                          )
                                                )
**HANNAH ZYMSLO**                                )
**10047 MILFORD ROAD**                           )
**FALMOUTH, KY 41040**                           )
                                                )
                    **PLAINTIFFS.**              )
                                                )
                                                )
**v.**                                           )
                                                )
                                                )
**THE OHIO MEDICAL BOARD**                       )
                                                )
**SERVE: HON. MIKE DEWINE**                      )
            **OHIO ATTORNEY GENERAL** )
            **30 E. BROAD STREET,**              )
            **14th FLOOR**                        )
            **COLUMBUS, OH 43215**               )
                                                )
        **And**                                  )
                                                )
**DALSUKH MADIA, M.D.**                          )
**SERVE: Ohio Hlth Marion Area**                 )
**Physician**                                    )
**1050 Delaware Ave**                            )
**Marion, OH 43302**                             )
                                                )
        **And**                                  )
                                                )
**ANITA STEINBERGH, D.O.**                       )
**SERVE AT: 550 S. Cleveland Ave. #C**           )
**Westerville, OH 43081**                        )
                                                )

**And**                                         )
                                                )
**RICHARD WHITEHOUSE, ESQ.**                    )
**SERVE AT: 4846 Belfield Drive**               )
**Dublin, Ohio 43016**                          )
                                                )
**And**                                         )
                                                )
**JOHN DOES AND JANE DOES Nos.**                )
**1-25 CONSISTING OF PRESENTLY**                )
**UNKNOWN OFFICERS, BOARD**                     )
**MEMBERS, INVESTIGATORS, STAFF,**              )
**AND LEGAL COUNSEL OF THE**                    )
**OHIO MEDICAL BOARD,**                         )
                                                )
          **Defendants.**                       )

Come now the above-named Plaintiffs (collectively, the "Plaintiffs"), by and through

counsel, for their Complaint against defendants the Ohio Medical Board (OMB), Dalsukh Madia,

M.D., Anita Steinbergh, D.O., and Richard Whitehouse, Esq., and John Does and Jane Does Nos.

1-25, consisting of presently Unknown Officers, Board Members, Investigators, Staff, and Legal

Counsel of the Ohio Medical Board (John Does and Jane Does) and allege as follows:


    **I.**      <u>**PARTIES**</u>.

    1.      At all times relevant, Plaintiffs were, and are, residents of and domiciled within

the United States.

    2.      The incidents giving rise to this action and the subject matter of the Complaint

arise out of acts, omissions, and conduct that occurred in the United States Southern District of

Ohio.

    3.      The Plaintiffs are the recipients of unnecessary surgeries performed upon them by

Abubukar Atiq Durrani. Durrani engaged in fraud on a massive scale and engaged in deception,

material misrepresentations and omissions wherein he duped the Plaintiffs into receiving

unnecessary, invasive, painful and dangerous surgeries, with disastrous results.  Plaintiffs suffer

from permanent and chronic pain, disfigurement, loss of function of limbs, total disability, and

other consequences, including paralysis and death.

4.      On or before December 28, 2007, the defendants became fully aware of Durrani's

illegal and dangerous practices; yet failed to take any action to protect Plaintiffs.  In addition, the

defendants should never have granted a medical license in 2004 to Durrani in the first place.

**II. JURISDICTION**

5.      This is an action based upon violations by the Defendants of 42 U.S.C. §1983.

Therefore, this Court has subject-matter jurisdiction over this case.

**III. FACTUAL ALLEGATIONS**

6.      At all times relevant, Defendant OMB is the central agency of the Ohio state

executive branch of government which grants licenses to physicians, monitors the licenses and

the licensed physicians, and investigates complaints of physician misconduct, malpractice, and

other allegations involving physicians.  The OMB sets and monitors standards of care and ethics

for the physicians who are licensed by the OMB and has complete oversight and investigative

authority over the physicians licensed by the OMB. The OMB invites the public, including the

medical community and physicians, to contact the OMB regarding the conduct of physicians.

7.      The OMB's purpose, in its own words, "is to protect the public."  "The Board has

a responsibility to evaluate every complaint they receive."

8.      Defendant Dalsukh Madia, M.D., is a physician licensed by defendant OMB and

served on the OMB as vice-president during all relevant to this lawsuit.

9.      Defendant Anita Steinbergh, D.O., is a physician licensed by defendant OMB and

served on the OMB during all relevant times relevant to this lawsuit.

10.     Defendant Richard Whitehouse, Esq., is an attorney licensed in the state of Ohio and was the Executive Director of the Ohio Medical Board during all times relevant to this lawsuit.

11.     Defendants John Does and Jane Does are the OMB board members, investigators, staff, and legal counsel and/or other agents and entities that abetted, acquiesced, aided and/or engaged in the constitutional deprivations which are the subject of this lawsuit. Their true identities remain unknown to Plaintiffs, but they will become known as formal discovery progresses.

12.     In the course of their respective agency, employment, and partnerships relationships with OMB, all defendants, including the Does, acted jointly and severally, for and on behalf of each other.

13.     In 2007, the defendants received complaints about Dr. Abubakar Atiq Durrani, who was licensed by the OMB, yet the defendants failed to take any action. Even before the ignored reports were made, the defendants violated federal and constitutional law by granting a license to Durrani in the first place.  A casual review of his background reveals that he falsified his educational credentials, his whereabouts, and his experience.  Only through the exercise of deliberate indifference could the defendants have overlooked Durrani's false statements in his application to the OMB for a license.

14.     As a direct and proximate result of defendants' due process and other constitutional violations, Durrani was able to prey upon the Plaintiffs with disastrous results to their mental and physical health, their finances, relationships, and other aspects of their lives.

15.     **Background facts about Durrani**. Dr. Atiq Abubukar Durrani is a physician who was licensed by the OMB in September 2004.  He joined the Cincinnati Children's Hospital

Medical Center (CCHMC) in 2006. Prior to 2006, he was a fellow at CCHMC in the orthopedic spine surgery department. He was born in Pakistan and resides there at this time after fleeing the United States in November 2013 after being indicted by the U.S. Department of Justice for performing fraudulent surgeries and making false statements in relation to health care matters.

16.     From the time period of 2004 until he left Cincinnati Children's Hospital Medical Center (CCHMC) on December 31, 2008, and surrendered his privileges at CCHMC in March 2009, Durrani engaged in criminal activity, flagrant violations of standards of care, engaged in hundreds of fraudulent surgeries, research fraud, illegal experimental surgeries, sexual and racial harassment, and other misconduct. CCHMC forced Durrani to resign based upon its investigation of Durrani's conduct. Durrani tendered his resignation to avoid further investigation and to avoid other adverse action by CCHMC.

17.     From 2009 until he fled the United States to his native Pakistan in November 2013 (the exact date is unknown because he illegally crossed more than international border after surrendering his passport to the United Stated District Court in Cincinnati), he continued his scheme and openly engaged in illegal behavior at area hospitals, including West Chester Hospital, Good Samaritan Hospital, Christ Hospital, Riverview Hospital, and others.

18.     During this time period Durrani performed thousands of fraudulent surgeries on unsuspecting patients (over 1800 at West Chester Hospital alone). These surgeries, as well as the fraudulent surgeries which took place at CCHMC would have been prevented if the defendants had performed its constitutional duties and taken action against Durrani.

19.     O.R.C. 4731.09 provides the minimum statutory requirements a physician must meet in order for the OMB to grant a license to practice medicine and/or surgery in this state. The OMB acted with deliberate indifference in 2004 and violated Plaintiffs' due process rights

by not seeking documentation of Durrani's educational claims and claims regarding his experience. Upon information and belief, Durrani did not attend a medical school as required by Ohio law, and there are unexplained gaps in his resume which the OMB did not investigate. Had the OMB fulfilled its constitutional duties and not acted with deliberate indifference, Durrani would never have received a license.

20.     O.R.C. 4731.22 and O.R.C. 4731.224 provide the statutory basis for the OMB's procedure of receiving complaints about physicians. O.R.C. 4731(F) states the Board "**shall investigate evidence that appears to show that a person has violated any provision of this chapter or any rule adopted under it.**"  O.R.C. 4731.22(B) provides the ethical and standard of care violations which warrant discipline against a physician.  These include fraudulent surgeries, unnecessary surgeries, abusive conduct, false statements, and violations of the standard of care. Dr. Durrani was guilty of all of these and more.

21.     O.R.C. 4731.22(B) states that the Board "**shall *** limit, revoke, or suspend a license or certificate to practice or certificate to recommend, refuse to issue a license or certificate, refuse to renew a license or certificate, refuse to reinstate a license or certificate**, or reprimand or place on probation the holder of a license or certificate for *** fraud, false statements, criminal acts, and other misconduct.

22.     Durrani's violations were reported to the OMB in 2007 by his fellow physicians. However, the OMB and the defendants, despite the clear language of Section 4731, acted with deliberate indifference that shocks the conscience and unconstitutionally created a danger to Plaintiffs when it did not investigate or take any action to protect the public from Dr. Durrani, one of its licensed physicians.

23.     Upon information and belief, the defendants, collectively and/or individually quickly came to believe that Durrani had not graduated from a medical school and had falsified his credentials.  This belief was commonly held by all the defendants. Yet, due to their deliberate indifference, the OMB and the defendants did not take action of any kind and Durrani was allowed to continue preying upon unsuspecting patients until he fled the country in November 2013.  This behavior is shocking to the conscience.

24.     In addition, the defendants committed an affirmative act in 2004 when the OMB and the other defendants acted with deliberate indifference and granted a medical license to Durrani without investigating his background.  This act created the risk that plaintiffs would be exposed to fraudulent surgeries and other acts of violence by Durrani.  Plaintiffs, at the time of their fraudulent surgeries, were all individuals experiencing health problems and seeking advice and treatment from an Ohio-licensed physician. Therefore, they were placed specifically at risk, as distinguished from the general risk that Durrani may have posed to the public.

25.     After wrongfully licensing Durrani in 2004, the defendants received complaints in 2007 which they neglected and ignored with deliberate indifference.  The defendants, therefore, should have known and did know that their actions endangered plaintiffs.

26.     It was not until the U.S. Department of Justice commenced a criminal investigation and indicted Dr. Durrani in 2013 for the same fraudulent surgeries which were reported to the OMB and the other defendants years earlier that the OMB and the defendants finally acted.  Durrani was indicted in August 2013. The OMB then permanently revoked Durrani's license in March 2014, 7 months after he was indicted.  A meaningless gesture at that point because Durrani jumped bond and fled to Pakistan in November 2013, never to return.

27.    The OMB Durrani revocation order fails to acknowledge that Durrani was indicted for unnecessary and fraudulent surgeries. Rather, it focuses on Durrani's dishonest practice of pre-signing blank prescriptions to allow staff to prescribe narcotics to patients.  The reason for OMB's choice of language is obvious.  Knowing that Durrani's practice of fraudulent surgeries had been reported to the OMB years before the OMB and the defendants finally took action, OMB and the other defendants avoided acknowledging conduct constituting an admission that hundreds of patients were illegally subjected to spine surgery.  The defendants' actions in this regard also show that, contrary to its own words, public safety is not the OMB's primary concern.  Rather, avoiding liability and protecting the interests of the medical industrial complex are its main goals.

28.    Upon information and belief, Ohio-licensed physicians and/or others notified the Ohio Medical Board and made credible and actionable claims about Dr. Abubukar Atiq Durrani on or before December 28, 2007.  The reporting physician(s) told the Ohio Medical Board and all the other defendants that Durrani was regularly performing unnecessary, nonindicated, and fraudulent surgeries; that spines surgeons in the greater Cincinnati area were concerned about patient safety; even residents who were being trained by Durrani at CCHMC were expressing concern about Durrani's surgical decisions; and the same spine surgeons were aware of serious complications, including paralysis and death, that resulted from Durrani's actions.

29.    Because no action was taken, Dr. Anthony Guanciale, Dr. Ferhan Asghar, and Dr. Steven Agabegi drafted a letter intended to be sent to the Ohio Medical Board. It stated as follows:

    October 20, 2009

    Roy H. Thomas, MD, President
    Ohio State Medical Association
    The Elyria Eye Clinic, Inc.

850 East Broad Street
Elyria, OH 44035-6559

Dear Dr. Thomas and Members of the Ohio State Medical Association:

I am writing to you in regards to my concerns regarding a local orthopaedic surgeon and a situation that appears to involve poor surgical indications and, therefore, poor surgical decision making. Although I am sole author of this letter, this feeling is shared by many members of the orthopaedic community and, in particular, spine surgeons within the community to a point that this concern resulted in some initial attempts at disciplinary action that I believe have failed to protect patients in our community.

The person in question is A. Atiq Durrani, M.D. Dr. Durrani is a physician who initially came to Cincinnati care through acceptance to a pediatric orthopaedic fellowship within the Orthopaedic Department at the Children's Hospital Medical Center. Dr. Durrani then, with continued interest in orthopaedic surgery, subsequently underwent application and acceptance for a United States based orthopaedic residency training at the University of Cincinnati within the Department of Orthopaedic Surgery. I am a member of the Department of Orthopaedic Surgery along with others, including Chairman Dr. Peter J. Stern. Dr. Durrani subsequently completed his residency program at the University of Cincinnati and this was followed by a one-year spine fellowship training in Louisville, Kentucky. He then returned to the Children's Hospital Medical Center in Cincinnati as an orthopaedic surgeon specializing in tumor surgery, pediatric spine surgery, as well as adult spine surgery.

During Dr. Durrani's short tenure at Children's Hospital Medical Center and within the Department of Orthopaedic Surgery, it was recognized by the greater Cincinnati community of spine surgeons, spine surgeons within the Orthopaedic Department and orthopaedic residents that Dr. Durrani displayed a pattern of surgical indications that would, by most standards, appear to be inappropriate. In particular, it was noted by all the above that it was not infrequent that a teenage patient with only intermittent back pain would be recommended an anterior/posterior fusion for treatment of symptomatologies where radiographic imaging would display minimal to no actual disc pathology. Similar situations arrived where patients were not infrequently under the ag of 18 recommended artificial disc replacements for, again, discogenic back pain. Patients were recommended fusion surgery for having completely normal diagnostic testing studies, including MRI examinations of the spine.

A recent abstract submitted to the North American Spine Society would also suggest that Dr. Durrani has been recommending operative treatment to nearly every adolescent patient that would present with back pain and some type of radiographic abnormality involving pars interarticularis region rather than conservative treatment which is effective

in the majority of cases.  I think it is also important to briefly note that this abstract submitted to the North American Spine Society for its meeting last November 2008 based in Toronto had to be retracted because the data was found to be falsified.  It actually has been subsequently found by our own research review committee within the Orthopaedic Department at the University of Cincinnati that essentially no data existed for this abstract and its supposed results, therefore, constituting research fraud.

I would again like to reiterate that the observation of significant concerns about Dr. Durrani's surgical indications was voiced by many members of the Cincinnati medical community, all of which were relayed to our chairman, Dr. Peter Stern.  This subsequently was brought up in a formal meeting and discussion with Dr. Durrani in the fall of 2008 during his employment with Children's Hospital Medical Center of Cincinnati, this including attendance by: the Chairman of the Department of Pediatric Surgery, Richard Azizkhan, MD, the Director of the Children's Hospital Orthopaedic Program, Dr. Eric J. Wall, as well as Dr. Peter J. Stern.  There were actually three separate areas of concern about Dr. Durrani's practice that were discussed at the meeting of which one involved his surgical indications.  The other involved concerns about research fraud where he was submitting abstracts to medical societies without data or the actual project even existing and the third involving personal issues with employees.  I did not attend this meeting but had direct involvement and discussions with Dr. Peter J. Stern since I am the Director of Spine Surgery within the Orthopaedic Department.  Shortly after this meeting, Dr. Durrani voluntarily resigned from Children's Hospital Medical Center.

My concern, at this point in time, therefore, involves the fact that Dr. Durrani now is in private practice within the Cincinnati medical community and is under no structure that would allow for continued monitoring of his surgical practice, clinical skills and surgical indications.  My concerns are that the same adolescent and pediatric patients that were receiving recommendations for very aggressive surgical treatment, such as artificial disc replacement and anterior/posterior fusions for situations not involving instability but rather dark disc disease, will continue unabated.  The same members of the orthopaedic spine community that presented their initial concerns about Dr. Durrani's surgical indications, at this point and time, remain concerned as well.  It is also very concerning that Dr. Durrani is attempting to establish a spine fellowship program to teach future generations of spine surgeons.  I do not believe that Children's Hospital Medical Center has in place any program to suggest observation of Dr. Durrani's surgical practice at this time nor that they actually have jurisdiction to do such.  I do not believe that they have actually contacted the Ohio State Medical Association in regards to these concerns.

Finally, I am concerned about the disproportionate number of severe complications that Dr. Durrani's patients have experienced, including death and paralysis that would be deemed to be unacceptable by the orthopaedic community for a competent spine surgeon. I am troubled by what many members of the medical community consider to be

irresponsible surgical care that is being delivered to patients in the Greater Cincinnati area.

I, therefore, am contacting you expressing my sincerest concerns. I, as well as others are able to provide detailed, specific evidence to support the above. Although I am sole author of this letter, other spine surgeons within the Department of Orthopaedic Surgery at the University of Cincinnati, including Drs. Ferhan A. Asghar and Steven Agabegi, share these concerns and have read and signed this letter.


Sincerely,

Anthony F. Guanciale, MD
Associate Professor
Director, Division of Spine Surgery
Department of Orthopaedic Surgery
University of Cincinnati Medical Center

Ferhan A. Asghar, MD
Assistant Professor
Department of Orthopaedic Surgery
University of Cincinnati Medical Center

Steven Agabegi, MD
Assistant Professor
Department of Orthopaedic Hospital
University of Cincinnati Medical Center
Cincinnati Children's Hospital Medical Center

30.    The letter speaks for itself. Even though there are over 500 lawsuits against Durrani and

the hospitals where he operated, as well as a federal criminal investigation, Plaintiffs did not

receive this letter until May 2018. It was delivered to the Deters Law Firm by an anonymous

whistleblower. On a date subsequent to receiving the anonymous materials, Deters Law received

copies of email correspondence between the doctors which confirm prior complaints were made

to the Ohio Medical Board and the defendants were made.

31.    An October 24, 2009 email message from Dr. Asghar to Dr. Guanciale and Dr. Agabegi,

regarding the October 2009 letter, states:

I commend you for restraining the tone of your letter more than I would be able to do…
I'm happy to cosign this with you and anyone else. I do wonder if this will simply get
buried somewhere in the State offices and agree that PJS (Dr. Peter J. Stern, Chairman of
the Department) and Wall (Dr. Eric Wall, CCHMC spine surgeon) need to get involved
too. A letter from the Chair of a department about a person who he trained and who he
would usually stand up for, a former president of the AOA will carry more weight.
Do you think specific cases should included at this stage? A list of ten cases will show
that we aren't just a bunch of disgruntled former colleagues who have a bone to pick with
him. **Perhaps they should be reminded that this is not the first time they have been
contacted about him.**

**It's absolutely amazing how long this has been allowed to continue.**

32.     The physicians were in a state of disbelief that the OMB and the defendants, although

aware of Durrani, did nothing to investigate or otherwise protect the public from Durrani.  **All

of the information in the October 2009 letter was transmitted to the OMB and the other

Defendants on or before December 28, 2007.**  In April 2011, based upon Defendants'

deliberate indifference to the rights of Plaintiffs, UC Physicians again drafted a letter intended

to be sent to the OMB:

   April 19, 2011

   Public Inquiries
   State Medical Board of Ohio
   20 E. Broad St., 3rd Fl.
   Columbus, Ohio 43215-6127

   Dear Members of the State Medical Board of Ohio:

   As required by Ohio Revised Code Section 4731.224 and the Ohio Administrative Code
   Section 4731-15-01, we are writing to report what we believe to be certain instances of
   misconduct by a physician in our community, Abubakar Atiq Durrani, MD. It is our belief
   that Dr. Durrani's practice pattern does not conform to the minimal standards of care in his
   are of practice.

   Dr. Durrani initially came to the Cincinnati area to complete a pediatric orthopaedic
   fellowship at Cincinnati Children's Hospital Medical Center (HCMC) in 1997.
   Subsequently he completed an orthopaedic spine surgery fellowship at the University of
   Louisville. After completion of his training, Dr. Durrani returned to Cincinnati to practice
   orthopaedic surgery at Cincinnati Children's Hospital Medical Center.

During Dr. Durrani's tenure at Cincinnati Children's Hospital Medical Center, he appears to have developed a practice pattern defined by poor surgical decision making and inappropriate surgical indications. From information available to us, it appears that Dr. Durrani performed spine surgery on adolescent patients with back pain who had minimal to no pathology demonstrated on imaging studies such as CT scan and MRI. It further appears that Dr. Durrani performed back surgery on patients who had not had appropriate conservative treatment. In certain cases it appears that he performed multilevel fusions in patients for what spine surgeons would consider mild deformities that would not require any treatment other than observation or perhaps some exercise and physical therapy.

Since he resigned from Cincinnati Children's Hospital Medical Center in 2008, Dr. Durrani has been in private practice in the Cincinnati area, where he has continued a similar pattern of practice outlined above. We have learned through interactions with patients seeking second opinions that his indications for surgery continue to fall short of any accepted standard of care in the spine surgery community. Furthermore, certain of Dr. Durrani's patients known to us to have experienced a disproportionate number of serious complications, including death and paralysis that are in excess of what would be deemed appropriate for a competent spine surgeon.

In light of these concerns, we believe that it is our duty to report Dr. Durrani's possible misconduct under Ohio Revised Code Section 4731.224 and Ohio Administrative Code 4731-15-01. We also feel an ethical obligation to protect the patients in our community.

Sincerely,


Peter J. Stern, M.D.
Norman S. and Elizabeth CA Hill Professor and Chairman
Department of Orthopaedic Surgery


Charles Kuntz, M.D.
Associate Professor
Department of Neurosurgery


Ferhan A. Asghar, M.D.
Assistant Professor
Department of Orthopaedic Surgery


Steven Agabegi, M.D.
Assistant Professor
Department of Orthopaedic Surgery

33.     **From before 2004 (when defendants issued Durrani a medical license) through November 2013, not one of the fraudulent surgeries performed on Plaintiffs would have taken place if Defendants, individually and/or collectively, had fulfilled their constitutional duties owed to Plaintiffs and not acted with deliberate indifference.**

### IV.  CLAIM FOR RELIEF – DEFENDANT OMB

34.     Plaintiffs incorporate by reference paragraphs 1-33 as though fully realleged.

35.     **42 U.S.C. 1983** provides in relevant part that every person who under color of any statute, ordinance, regulation, custom, or usage, subjects or causes to be subjected, any citizen of the United States to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity or other proceeding for redress.

36.     As the Ohio executive branch agency in charge of granting medical licenses, the OMB had a duty to protect Plaintiffs from a rogue, criminal physician such as Durrani.  By issuing a license to practice medicine, by holding itself out as the enforcer of medical ethics, physician behavior, and having full enforcement and investigative authority, OMB acknowledged and acknowledges its duty to protect patients.  In fact, OMB admits its purpose is to "protect the public."

37.     All defendants had a duty to protect the safety of the Plaintiffs, to not act with deliberate indifference in a manner which shocks the conscience, and to not create a danger to the Plaintiffs in violation of their constitutional rights.

38.     Plaintiffs had a right to rely on the fact that Durrani was licensed by a state agency whose duty is to diligently and competently issue licenses, supervise licensees, investigate, and enforce medical rules of ethics, standards of care, and others.

39.     Plaintiffs had a right to bodily integrity, OMB supervision and enforcement, and the right to not have the Ohio medical profession monitored with deliberate indifference to their safety.

40.     As patients receiving medical care in Ohio, Plaintiffs had a right to rely upon the actions of defendants in granting and maintaining an active license for Durrani, and to assume that he held a license based upon some degree of competence, action, basic diligence, and good faith of defendants.  In fact, in Ohio all spine surgeons must be licensed by the OMB before a patient can receive spine surgery.

41.     From before September 2004 through November 2013, the defendants, with deliberate indifference, chose to not investigate Durrani prior to issuing a medical license to him and after receiving complaints about his surgical practices.

42.     In February 2018, Durrani testified under oath that he never attended Bolan Medical College, even though he wrote it on his original OMB application for a license. Also, in February 2018, Durrani testified that he graduated from Army Medical College in Pakistan. The OMB and defendants did not seek verification from the Bolan Medical College that Durrani attended and graduated.    In addition, upon investigation, Plaintiffs learned from the Army Medical College that Durrani is not an alumni.  These facts make it ridiculously clear that Durrani should never have been given a license to practice in Ohio in September 2004

43.     The OMB, acting under color of state law, substantially departed from accepted professional judgment, practice and standards to such an extent that they did not base their decisions and/or actions on such a judgment, and/or acted with deliberate indifference and in a manner that shocks the conscience, and/or created the danger complained of yet completely failed to protect Plaintiffs by and as follows:

a.   Licensing Durrani in 2004 without confirming whether or not Durrani possessed the requisite educational qualifications to hold a medical license in Ohio.

b.   Violating its own standard of practice and promise to the public by refusing to investigate Durrani after receiving legitimate complaints about his dangerous and fraudulent practices, received before September 2004 through 2013.

44.    Through the actions complained of in all of the preceding paragraphs, defendant, a state agency, committed an affirmative act (licensing Durrani in 2004 without performing a background check) which created a risk that Plaintiffs would be exposed to an act of violence by Durrani; the danger was specific to or a special danger to Plaintiffs because Plaintiffs had medical problems which they believed Durrani could alleviate because he was licensed by Defendant; and the Defendant knew, or should have known, that its actions specifically endangered Plaintiffs.

45.    As a direct and proximate result of OMB's actions/inactions, each Plaintiff suffered economic and noneconomic damages in excess of the minimal jurisdictional amount of this court, exclusive of interest and costs, including:  past medical bills, future medical bills, lost income and benefits, lost future income and benefits,  loss of ability to earn income, past pain and suffering, future pain and suffering, all incidental costs and expenses incurred as a result of their injuries, the damages to their credit as a result of their injuries, loss of consortium, punitive damages, costs, attorneys' fees, interest, all property loss, all other relief to which they are entitled. Based upon this itemization of damages, the damages sought exceed the minimal jurisdictional amount of this court.

V.    **CLAIM FOR RELIEF – DEFENDANTS DALSUKH MADIA, M.D., ANITA STEINBERGH, D.O., RICHARD WHITEHOUSE, ESQ., AND JOHN DOES**

**AND JANE DOES**

46.     Plaintiffs incorporate by reference paragraphs 1-45 as though fully realleged.

47.     **42 U.S.C. 1983** provides in relevant part that every person who under color of any statute, ordinance, regulation, custom, or usage, subjects or causes to be subjected, any citizen of the United States to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity or other proceeding for redress.

48.     As OMB board members, investigators, legal counsel and staff, Dalsukh Madia, M.D., Anita Steinbergh, D.O., Richard Whitehouse, Esq., and John Does and Jane Does, individually and/or collectively, had or assumed a duty to protect Plaintiffs from a rogue, criminal physician such as Durrani by administering, managing and executing the functions of a state agency whose state purpose is to protect patients and license, monitor, and investigate physicians in Ohio.

49.     As board members, investigators, legal counsel, and staff, Dalsukh Madia, M.D., Anita Steinbergh, D.O., Richard Whitehouse, Esq., and  John Does and Jane Does all had a duty to protect the safety of the Plaintiffs by performing their duties without deliberate indifference or creating a danger to Plaintiffs in violation of the U.S. Constitution.

50.     As patients receiving medical care in Ohio, Plaintiffs had a right to rely upon the active license of Durrani, and to assume that he held a license based upon some degree of competence, action, basic diligence, and good faith of defendants.  In fact, in Ohio all spine surgeons must by licensed by the defendants.

51.     From before September 2004 through November 2013, Dalsukh Madia, M.D., Anita Steinbergh, D.O., Richard Whitehouse, Esq., and John Does and Jane Does, individually and/or collectively and acting under color of state law, chose with deliberate indifference to not

investigate Durrani and his background prior to issuing him a medical license and after receiving

complaints about his dangerous and fraudulent surgical practices.

52.     Dalsukh Madia, M.D., Anita Steinbergh, D.O., Richard Whitehouse, M.D., and John

Does and Jane Does, individually and/or collectively, in their individual and/or official

capacities, and acting under color of state law, did not seek verification directly from the Bolan

Medical College that Durrani attended and graduated.  In February 2018, Durrani testified under

oath that he never attended Bolan Medical College, even though he wrote it on his OMB

application for a license. Also, in February 2018, Durrani testified that graduated from Army

Medical College in Pakistan. Upon investigation, Plaintiffs learned from the Army Medical

College that Durrani is not an alumni.  These facts make ridiculously clear that Durrani should

never have been given a license to practice in Ohio.

53.     Defendants Dalsukh Madia, M.D., Anita Steinbergh, D.O., Richard Whitehouse, Esq.,

and John Does and Jane Does, individually and /or collectively, in their individual and/or official

capacities, and acting under color of state law, substantially departed from accepted professional

judgment, practice and standards to such an extent as to demonstrate they did not base their

decisions and/or actions on such a judgment, and/or acted with deliberate indifference and in a

manner that shocks the conscience, and/or created the danger complained of yet completely

failed to protect Plaintiffs by and as follows:

> a.  Issuing a license to Durrani in 2004 without exercising basic due diligence to
>     confirm whether or not Durrani possessed the requisite qualifications, including
>     educational qualifications, to hold a medical license in Ohio.

      b.   Violating its own standard of practice and its promise to the public by refusing with deliberate indifference to investigate legitimate complaints about Durrani, received from before September 2004 through 2013.

54.   Through the actions complained of in all of the preceding paragraphs, defendants, acting under color of state law, committed an affirmative act (licensing Durrani in 2004 without any background check)which created a risk that Plaintiffs would exposed to an act of violence by Durrani; the danger was specific to or a special danger to Plaintiffs because Plaintiffs had medical problems which they believed Durrani could alleviate because he was licensed by Defendant; and the Defendant knew, or should have known, that its actions specifically endangered Plaintiffs.

55.   As a direct and proximate result of the defendants' individual and/or collective actions/inactions, each Plaintiff suffered economic and noneconomic damages in excess of the minimal jurisdictional amount of this court, exclusive of interest and costs, including:  past medical bills, future medical bills, lost income and benefits, lost future income and benefits,  loss of ability to earn income, past pain and suffering, future pain and suffering, all incidental costs and expenses incurred as a result of their injuries, the damages to their credit as a result of their injuries, loss of consortium, punitive damages, costs, attorneys' fees, interest, all property loss, all other relief to which they are entitled. Based upon this itemization of damages, the damages sought exceed the minimal jurisdictional amount of this court.

## VI.  JURY TRIAL DEMAND

Plaintiffs demand trial by jury on all issues so triable consistent with R.C. 2743.11.

## VII. PRAYER FOR RELIEF

**WHEREFORE,** each and every Plaintiff, individually and/or in their representative capacity, requests and seeks justice in the form of judgment on all claims and causes of action against all the defendants, individually and/or collectively, as follows:

1. Past medical bills;

2. Future medical bills;

3. Lost income and benefits;

4. Lost future income and benefits;

5. Loss of ability to earn income;

6. Past pain and suffering;

7. Future pain and suffering;

8. All incidental costs and expenses incurred as a result of their injuries;

9. The damages to their credit as a result of their injuries;

10. Loss of consortium;

11. Punitive damages;

12. Costs;

13. Attorneys' fees;

14. Interest;

15. All property loss;

16. All other relief to which they are entitled.

Based upon this itemization of damages, the damages sought exceed the minimal jurisdictional amount of this court.

Respectfully Submitted,

_\s\Benjamin M. Maraan, II__
Benjamin M. Maraan II, (#0053661)
5247 Madison Pike
Independence, Ky 41051
Phone: (859) 363-1900
Mobile: (513) 448-7024
Fax: (859) 363-1444
bmaraanlaw@yahoo.com
llittle@ericdeters.com
*Counsel for Plaintiffs*

## JURY DEMAND

Plaintiffs make a demand for a jury under all claims.